

# New Orleans
# Military and Maritime
# Academy

425 O'Bannon Street
New Orleans LA 70114
504-227-3810

## Cadet - Parent Handbook
## Grades 8-12
## 2020-2021

The New Orleans Military and Maritime Academy (NOMMA) does not discriminate on the basis of race, religion, color, national origin, sex, sexual orientation, gender, gender identity, disability, or any other legally protected basis, in providing education or providing access to benefits of education services, activities, and programs, in accordance with applicable local, state, and federal laws, including Title VI of the Civil Rights Act of 1964, as amended; Title IX of the Education Amendments of 1972; Section 504 of the Rehabilitation Act of 1973, as amended; and Title II of the Americans with Disabilities Act, as amended.

Students and parents may obtain this handbook in their native language by contacting the NOMMA front office for translation services.

*Aviso de asistencia lingüística*: Si tiene dificultades para comprender el Inglés, puede solicitar sin cargo servicios de asistencia con el idioma. Para esta información llame al (504) 227-3810 o *env*íe un correo electrónico a info@nomma.net.


EXHIBIT
1

**RECEIPT ACKNOWLEDGEMENT**

Students and Parent(s)/Legal Guardian(s) are required to complete the yearly cadet information packet. This packet includes the Handbook Acknowledgement Form. Attending New Orleans Military & Maritime Academy establishes acknowledgement and agreement to our school rules and policies within this handbook and other official NOMMA publications.

The Cadet-Parent Handbook is in place to help students gain the greatest possible benefit from their educational opportunities. Parents/legal guardians and students must review this Cadet-Parent Handbook together and talk about the importance of being safe, responsible, and respectful at school and in everyday life. When you have read this document with your cadet, you are required to sign and return all documents included with the Cadet Information Packet.

POINTS OF CONTACT

NOMMA MISSION AND VISION

MILITARY PROTOCOLS

UNIFORM  GUIDELINES REFERENCE CHART

GROOMING GUIDELINES REFERENCE CHART

ATTENDANCE

GRADING POLICY AND PRACTICES

SPECIAL PROGRAMS

FAMILY/SCHOOL COMMUNICATION

CAFETERIA SERVICES

GRIEVANCE PROCEDURES AND GUIDELINES FOR PARENTS

PRIVACY, SAFETY AND SECURITY

TECHNOLOGY/INTERNET SAFETY POLICY

EXTRA CURRICULAR ACTIVITIES

CADET FEES

POSITIVE BEHAVIOR INCENTIVES AND SUPPORT (PBIS)

ANTI-BULLYING POLICY

DISCIPLINE

DISCIPLINE DUE PROCESS AND PROCEDURES FOR CADETS WITH DISABILITIES

STATEMENTS OF COMPLIANCE

TITLE IX POLICY AND PROCEDURES

# POINTS OF CONTACT

| | |
|---|---|
| Commandant | Col Chris Schlafer |
| Principal | Danny Garbarino |
| Assistant Principal | Alexis Long |
| Assistant Principal | Jennifer Dotson |
| Senior Marine Instructor | Col Patrick Kline |
| Director of Operations | Col Derrick Heyl |
| Director of Special Education | Heather Desrochers |
| Director of Technology | Dane Cooper |
| Dean of Students, 11th, 12th Grade | Tony DeFrates |
| Dean of Students, 9th, 10th Grade | Darius Smith |
| Dean of Students, 8th Grade | Rehneen Morgan |
| Dean of Military Discipline | GySgt Reyes |
| Instructional Supervisor | Sarah Heim |
| CTE Coordinator | Kaneesha Celestin-Jones |
| Counselor | Carrie Beal |
| Counselor | Dymphna Davis |
| Counselor | Eric Kaftan |
| Registrar | Christie Chapman |
| Athletic Director | Michael Swindle |
| School Nurse | Shauna Foor |

# NOMMA MISSION AND VISION

The New Orleans Military/Maritime Academy (NOMMA) is a Type 2 charter school serving high school students in the New Orleans area. Type 2 means that NOMMA's charter contract is with the Louisiana Board of Elementary and Secondary Education (BESE).

*Mission*:  The mission of New Orleans Military and Maritime Academy is to educate high school students, no matter their background or previous school experience, to fully achieve their personal and academic potential through the acquisition of core knowledge and the skills of analysis, problem-solving, communication, and global responsibility.

*Vision*: Our vision is to become a renowned educational institution wherein young women and men are challenged and nurtured by a rigorous, college preparatory or education-to-career curricula; both of which are designed to assure student learning, student progress, and student achievement resulting in exceptional post-secondary qualifications.  The qualities of self-discipline and intrinsic motivation to excel will be instilled through a superior Junior Reserve Officers' Training Corps Program.  The process of ethical decision making will be inculcated through an explicit character education program.


**MCJROTC:**  All students at NOMMA are Cadets in the Marine Corps Junior Officer Training Corps (MCJROTC) program.  The mission of the MCJROTC Program is to develop character and citizenship in the youth of America.  It is intended to instill in students of American secondary institutions the following:

    (1)  The value of citizenship

    (2)  Service to the United States

    (3) Personal responsibility

    (4) A sense of accomplishment

# NOMMA CADET CREED

*I am a Junior ROTC cadet.  I will always conduct myself to bring credit to my family, country, school, and the corps of cadets. I am loyal and patriotic.  I am the future of the United States of America. I do not lie, cheat, or steal and will always be accountable for my actions. I will always practice good citizenship and patriotism. I will work hard to improve my mind and strengthen my body. I will seek the mantle of leadership and stand prepared to uphold the Constitution and the American way of life. May God Grant me the strength to always live by this creed.*

## NOMMA FIVE GENERAL ORDERS

1. Be at the right place at the right time with the right materials.

2. Follow the orders of the faculty, staff, and cadet leaders appointed over me.

3. Refrain from loud and boisterous behavior.

4. Engage in no public display of affection.

5. Remain in uniform at all times.

## NOMMA Core Values

★ Leadership

★ Citizenship

★ Academics

# MILITARY PROTOCOLS

1. Military Protocols is the title given to a set of attributes under which NOMMA's Marine Corps Junior Reserve Officer Training Corps (MCJROTC) program operates. These attributes reflect the high standards expected of cadets and include grooming, uniforms, professionalism and military skills. Collectively they capture the essence of character, attitude and behavior and establish common norms/ expectations that apply throughout the Academy. Although under the purview of the Marine Instructors (MIs), all faculty contribute to teaching and remediating these attributes.

***Grooming*** standards are neat and conservative, whether in the military or NOMMA uniforms. Our appearance is a statement of who we are. They are necessary to maintain uniformity and minimize distractions. Grooming also includes minimal and conservative makeup and jewelry.

***Uniforms*** reflect personal pride, commitment to our team and attention to detail. Cadets will maintain their uniforms in a neat and serviceable condition and will, by their appearance, set an example of neatness, professionalism and strict conformity to regulations. This standard includes, but is not limited to, being in the prescribed uniform, wearing the uniform completely and properly, and cleanliness.

***Professionalism*** is the customary code of courtesy, good manners, respect and polite behavior in dealing with others. It includes qualities such as, but not limited to, being on time, having good bearing, following Academy/class procedures correctly, following directions quickly and being attentive in class. All cadets will address staff members and any other adults as Sir or Ma'am or by their titles and military rank (e.g. "Good Morning Sir", "Yes, Ma'am", "No, Gunnery Sergeant").

***Military Skills*** are specific military qualities centered on attention to detail and self-discipline. It includes qualities such as, but not limited to, being self-disciplined in Formations or assemblies, proper drill (marching/ positions of attention), knowing key USMC knowledge, and participating in marksmanship or physical fitness training.

2. **MPP PROCESS**. The program will be implemented firmly and fairly, starting with detailed instruction on regulations and expectations. To give everyone the greatest opportunity to succeed, there is a progressive process that becomes increasingly more focused and difficult for those cadets that are not complying with the regulations/ expectations. The entire process includes the following steps:

1. Teaching
2. Counseling
3. Remediating (e.g. extra military instruction, detention, etc.)
4. Probation
5. Performance Review Board
6. MCJROTC program removal
7. Appeals

A cadet's parent/guardian will be included in steps 3-7 for not meeting regulations/expectations as per NOMMA's due process policy found in the discipline section of the cadet-parent handbook, to ensure there is complete awareness of potential consequences for MCJROTC program failure.

**CADET CODE OF CONDUCT COMPONENTS**

The cadet code of conduct is the overarching term used to establish conduct, behavior and performance expectations.  There are many components of the code covering both positive and negative behaviors addressed in this handbook.

Cadets will conduct themselves with dignity, self-respect, as well as respect for others and the defined rules of the Academy. All misbehavior, disorder, or negligence listed as offenses will be dealt with appropriately. Offenses not specifically listed will be treated as "conduct of immoral or unethical nature" or "conduct detrimental to good order and discipline" of the academy as the circumstances dictate.

## Daily Cadet Conduct

*Cadets arrive on time for class; greet the faculty on the way into class.*

*Cadets contribute to the class with appropriate answers to questions.*

*Cadets wear appropriate clothing.*

*Cadets strive to improve themselves continuously.*

*Cadets honor their word.*

*Cadets demonstrate initiative by doing things without being told to.*

*Cadets remain loyal to their families, fellow cadets and cadets, their school and their community.*

*Cadets treat others with dignity and respect regardless of race, religion or gender.*

*Cadets take care of each other.*

*Cadets wear their uniforms proudly and with distinction.*

*Cadets maintain appropriate military haircuts and hairstyles.*

*Cadets do not smoke, vape, or use drugs.*

*Cadets respond to adults with a "Yes, or No Sir or Ma'am."*

*Cadets do not lie, cheat or steal.*

*Cadets use appropriate language and do not curse or swear.*

*Cadets offer suggestions to improve the system.*

*Cadets maintain a can-do attitude.*

*Cadets respect public and private property.*

*Cadets respect public laws and regulations.*


Cadets are expected to conduct themselves in a responsible manner and to respect the rights and property of others. All rules involving appropriate and inappropriate behavior apply equally to the classroom, hallways, school campus, school buses, bus stops, and at all school functions. This applies to events occurring at school or school sanctioned events off campus.


*Cadet Conduct To And From The Academy*

Cadets on the street or on public transportation are in the public eye.  Because cadets are required to wear the Marine Corps Utility Uniform to and from the academy, many citizens and military personnel are aware that they belong to the New Orleans Military Maritime Academy and hold expectations of compliance to the Marine Corps grooming standards. Cadets must behave in a manner that is reflective of

the academy. Cadets must observe all laws, respect the property of others, and show courtesy to and consideration for others.  Whenever it is possible to do so, cadets should be willing to assist those who have experienced some misfortune or distress.   Additionally, cadets have rights as citizens and are encouraged to report violations of Cadet Rights to school authorities so that your trip to school is safe and respectful.  Cadets awaiting the arrival of RTA buses should remain on the side of the road, not in the street or horse playing while in uniform. Cadets are reminded that when RTA buses arrive at the end of the school day, they should be boarded in an expeditious and orderly manner. At all times cadets must respect the personal dignity and property of others.

    a.   Walk on the sidewalk or side of the road.  Respect lawns, gardens, and shrubbery of all property.

    b.   Do not damage the property of others or loiter on porches, lawns, or in front of the Marine Corps Support Facility gate and surrounding property.

    c.   Do not cluster in groups that might block the passage of people using the sidewalk, driving, or crossing the street.

    d.   Do not litter or throw food, bottles, wrappings, or trash on the lawns, porches, or gardens of our neighbors and the surrounding area.

    e.   Do not engage in disrespectful activities, particularly those involving students from other schools.

    f.   Do not trespass or enter any unauthorized building. This includes all buildings and property in Federal City.


*Conduct on the School Bus*

Cadets are to comply with the directives of the bus driver and bus monitors for their own safety.   They are to avoid any behavior that might be a distraction to the bus driver or injurious to others. NOMMA conduct and discipline rules apply to daily transportation, field trips, and all extra-curricular and curricular trips. If a cadet accrues three bus referrals, a parent conference will be initiated by the administration.  Once completed, future infractions on the bus will result in the cadet's removal from the bus and revocation of bus privileges. Revocation of bus privileges may occur after any offense or infraction based on the severity of the infraction.

*Conduct on the RTA Bus*

In addition to following all NOMMA rules and expectations of conduct, cadets are to comply with the directives of the bus driver for their own safety.  Cadets are expected to avoid any behavior that might be a distraction to the bus driver or injurious to others.  NOMMA purchases monthly RTA bus passes for cadets riding the RTA.  If a cadet's behavior while utilizing the RTA is reported to the school as inappropriate, whether on the bus or at the RTA bus stop, NOMMA has the right to discontinue a cadet's bus pass and revoke the cadet's bus pass privileges until further notice. As an outside entity, the RTA has the right to refuse service or remove a cadet from the bus at any time.


*Cafeteria Rules and Procedures*

Cadets are expected to follow the cadet code of conduct while in the cafeteria. Appropriate behaviors for the cafeteria include the following: No cutting in line; no loud talking or yelling; no walking around from table to table; keeping your area clean; clean up after yourself; stand in line and move through the line in an orderly fashion and keep your hands to yourself; not saving seats; being respectful to cafeteria monitors and staff; following all directions given. Cadets exhibiting inappropriate behaviors not aligned with NOMMA code of conduct or appropriate cafeteria behaviors will receive disciplinary action.

Students will also receive disciplinary action for using another student's ID card for the purpose of attaining Breakfast/lunch/food items.

## UNIFORM GUIDELINES

Cadets are expected to maintain high standards of appearance and conduct on and off campus. The dress code is designed to enhance good order and provide a NOMMA cadet with a neat and uniform appearance as well as identify him or her as a NOMMA cadet. All clothing must be clean and free from rips, holes, or tears. NOMMA reserves the right to rule on anything not included here that the school deems to be unacceptable attire or appearance. The administration will make this decision.

### GENERAL GUIDELINES

Cadets will wear the green MARPAT digital utility uniform on most school days unless otherwise stated by administration. **CADETS ARE REQUIRED TO COMPLY** with MCJROTC uniform and grooming standards as stipulated in NOMMA regulations and Marine Corps Order 1533.6E. The following are the overarching general guidelines regarding both the MCJROTC and NOMMA civilian uniforms.

- The uniforms must be worn correctly at all times. This includes while going to and from school.
- When walking, cadets may not use headphones, cellphones, or any other tech devices.
- Cadets must wear a cover when outdoors in the MCJROTC uniform.
- Cadets may not wear the MCJROTC uniform in public businesses (restaurants, grocery stores, doctors offices, etc).
- Requests for religious apparel accommodations must be made to the Senior Marine Instructor via the designated request process.

### MCJROTC GROOMING AND APPEARANCE STANDARDS

**Cadets are REQUIRED to comply** with MCJROTC grooming and personal appearance standards as stipulated in NOMMA regulations and Marine Corps Order 1533.6E. Personal appearance and wearing the uniform is a significant part of a cadet's MCJROTC grade. The grooming regulations apply to military, NOMMA and civilian attire when worn in conjunction with Academy functions. Grooming and personal appearance standards are required to be followed daily and at all NOMMA events (i.e. graduation, prom, dances, sporting events, summer camps and extracurricular activities, etc.). Cadets who refuse or repeatedly fail to adhere to the prescribed grooming and personal appearance standards will receive disciplinary action according to NOMMA discipline policy.

1. <u>Common Standards</u>: All haircuts/hairstyles, for both male and female cadets will be checked every day, during inspection, and will contribute toward exam grades.
   a. Haircuts and hair styles are not permitted to be faddish or eccentric. Mohawks, derivations of Mohawks and cuts or styles with shaved or designed portions of the scalp are not permitted. Braids and/or derivations of braids, including locks and twists, may be permitted for females only if hair is firmly secured according to the LONG HAIR regulations noted below (and per MARADMIN 622/15).
   b. No designs are allowed to the hair; only a natural (not shaved) part in the hair is authorized.
   c. Hair must be a natural color (blonde, brown, black) and be consistent over the entire head (no multi-colored highlights, braids or spots).
   d. Hair extensions MUST conform to the female long hair regulations.
   e. Hair styles MUST not interfere with the proper wearing of the USMC cover.
   f. Shaving/slashing of eyebrows is NOT authorized.

2. <u>Male cadet grooming and haircut standards</u>:

a. Hair will be closely trimmed on the sides and back, washed and neatly combed, <u>graduating</u> from zero inches in length at the hairline in the lower portion of the head and ears to a maximum of 3 inches in length at the upper portion of the head; and will not extend over two inches above the scalp.  Hair must follow the contour of the head.
b. Hair cannot touch the ears. If you can pinch and hold on to hair at the neck, sideburns or ear hairline, it is too long.
c. Hair must be tapered (as opposed to Blocked). A tapered nape, or fade, refers to a gradual decrease in the length of hair at the back of the head to zero at the neckline, following your natural hairline. A blocked nape refers to cutting the hair straight across in a definite line where the hairline meets the back of the neck (the nape). It is sometimes also referred to as "squaring off" the nape. See the diagram below for the difference between tapered and blocked hairline. The taper, or fade, is the ONLY style of haircut for MCJROTC.
d. Sideburns will not go below the top of the ear orifice (place your index finger in your ear, your sideburns cannot go below the top of your finger).
e. Locks, twists, sculpting, spiking of hair or excessive directional flow change is not authorized.
f. Male cadets will be clean-shaven daily. Mustaches are the only facial hair authorized for male cadets. Mustaches must be trimmed so that the hair does not fall below the top edge of the upper lip and does not extend past the comers of the mouth.  Beards of any kind are NOT authorized.



**Wrong**        **Correct**

**Blocked**        **Tapered**

3. <u>Female cadet grooming and hairstyle standards</u>:
    a. Female hairstyles must be neat, professional, conservative and symmetrical (no side buns, etc.) in appearance and must not interfere with the proper wearing of uniform headgear.
    b. Faddish, eccentric or exaggerated hairstyles are not authorized for wear in uniform.  Examples include, but are not limited to); hair sculpting (eccentric directional flow, abrupt difference in length, twists, texture or spiking), buns or braids with loose hair extending at the end, multiple braids that do not start at the top of the head, hair styles with severe angles, shaved portions of the head, and loose unsecured hair (not to include bangs).
    c. Hair must not fall below the bottom edge of collar.
    d. Bangs, if worn, MAY NOT FALL INTO THE LINE OF SIGHT, may not interfere with wearing of headgear, and must lie neatly against the head.
    e. Hairpins will be hidden and no other items (i.e. jewelry, ribbons, bows, glitter, etc.) are allowed in the hair.
    f. **FEMALE CADET HAIR STYLES**. There are three hairstyles to consider:  short and medium length, which does not naturally extend past the bottom edge of the uniform collar; and long, which naturally does fall below the collar.  Standards specific to each style are included below.
    g. <u>SHORT HAIR</u>**;** does not extend past the uniform collar, extends no more than 1 inch from the scalp, may be NO SHORTER than 1/4 inch, and must be evenly graduated.
    h. <u>MEDIUM HAIR</u>**;** does not extend past the uniform collar, is longer than 1 inch in length, and may fall naturally from the scalp.  Graduated hair styles are accepted, but the length from the front to the back may not exceed on inch difference in length.

i. <u>LONG HAIR</u>; that normally extends beyond the collar's edge will be neatly and inconspicuously fastened or pinned tight to the head. Female cadets may not wear a ponytail. No portion of the bulk of the hair may exceed 2 inches except for a bun, which may extend a maximum of 3 ½ inches from the scalp and may be no wider than the width of the head.



4. <u>Jewelry</u>: Males are NEVER ALLOWED to wear earrings or spacers in any uniform. This includes NOMMA uniform or civilian clothes on campus or at school sponsored events. Female Cadets are NOT authorized to wear <u>earrings or spacers</u> in the MCJROTC utility uniform, but may wear specifically approved styles in the Service, Dress Blue and NOMMA uniforms. Only Females are authorized to wear earrings (no larger than the 1/4 of an inch in diameter, one on each ear lobe) in the NOMMA uniform. **Cadets are not authorized to wear facial or body piercings** (retainers and spacers are not permitted). <u>Necklaces</u> are allowed, but may not be visible above or around the neck. Digital and sweep-hand <u>watches</u> are authorized and must be inconspicuous; not overly large and may be brown, black, tan, gold or silver. Decorative <u>bracelets</u> are not allowed; medical alert and MIA/POW bracelets are. One <u>ring</u> on each hand is allowed, but not to be worn on the thumb. Decorative <u>hair accessories</u> are NOT authorized.
5. <u>Finger Nails and Nail Polish</u>: Female cadets' fingernails may be NO LONGER THAN ¼ INCH FROM THE TIP OF THE FINGER. Female cadets may wear clear nail polish, a French/American manicure, or polish within the red spectrum (to include pinks and burgundies) with the NOMMA uniform and service uniform. In the utility uniform, females may wear a French/American manicure only; no solid colors are authorized. Multi-colors, shades of purple, orange or nude are NOT

authorized. Male cadets are not permitted to have nail polish or long fingernails. Male cadets must have neatly trimmed, short nails.

6. <u>Make up</u>; must be conservative in nature/style and must compliment the individual's complexion. It will not be exaggerated, eccentric, faddish or contain sparkles/glitter, etc. Clear lipstick or in shades of red, including pinks and burgundies, may be used depending on which uniform a cadet is wearing.
7. <u>Contact Lenses</u>; contact lenses must imitate natural eye shape and color (i.e. the iris).


## MCJROTC UNIFORM STANDARDS

1. Properly wearing the uniform is a significant part of the cadet's MCJROTC experience and grade. **CADETS ARE REQUIRED TO PROPERLY WEAR THE ACADEMY OR MCJROTC UNIFORM**. The SMI will prescribe which uniform is the uniform of the day. Cadets are required to know uniform wear assignments and will wear the prescribed uniform accordingly. The uniform cover (cap) is a required part of the uniform; cadets must maintain accountability for their cover and are required to wear it at all times when outdoors and in uniform. Cadets who refuse or repeatedly fail to wear the uniform correctly will receive disciplinary action according to NOMMA discipline policy.

2. Cadets will be issued a Marine Corps uniform during orientation week. Uniforms are issued free of charge as long as they are returned in serviceable condition when a cadet graduates or withdraws from NOMMA. Cadets are responsible for the care and cleaning of the uniform they are issued. Cadets will be evaluated everyday on their ability to properly wear both the Military and Academy uniforms (to include sports uniforms when worn).

3. Cadets are inspected in their uniform several times each month, and because this is a graded event, if a cadet misses and fails to make up the uniform inspection within 5 school days, he or she will receive a failing grade for that uniform inspection. Three failing uniform inspection grades during a marking period may result in Extra Military Instruction. Additionally, Cadets are required to follow all grooming standards in order to pass inspection. Grooming standards are detailed in the section above, titled "Appearance and Grooming Standards." Required grooming and uniform standards will be taught during orientation at the beginning of the year, in the MCJROTC classes, and reinforced throughout the year as needed. This information can also be found in the cadet guidebook.

4. Federal law imposes certain restrictions on wearing the Marine Corps uniform. Cadets are given detailed instruction on when, where, and how to properly wear the MCJROTC uniforms. It is important to note:
    - Cadets may only wear the MCJROTC uniform while at school and directly traveling to and from school.
    - Cadets may not wear the uniform in any other building including any type of store, restaurant, or doctor's office whether accompanied by a parent/guardian or not.
    - Cadets can change out of their uniform before leaving school if they need to make a stop before reaching home.
    - Off campus uniform violations will result in disciplinary action which may include, but is not limited to an Out of School Suspension.
    - Unauthorized use of and the improper wearing of the issued uniform will result in disciplinary action.

5. Cadets are expected to keep the uniform clean, pressed and in good repair. Seasonal Service Uniforms and Dress Blue Uniforms require dry cleaning whereas the MARPAT Utility and PT uniforms may be laundered. Cadets needing items dry cleaned must turn in their uniforms to Supply. A uniform at the cleaners DOES NOT excuse a cadet from inspection.

6. Changing out of uniform for physical education or extracurricular activities may be required. Cadets are only permitted to wear Physical Training (PT) gear during fitness sessions in JROTC classes.

7. The MCJROTC instructional staff will be able to fit most cadets without the need for alterations. The Marine Corps will pay for major alterations to the uniform if they are needed.

8. An integral part of the MCJROTC program is to develop a sense of personal responsibility. If the issued uniform or parts of it are lost, damaged, or stolen, the cadet will be held responsible for the monetary reimbursement to the U.S. Marine Corps of all/any items lost/damaged/stolen at the current uniform replacement cost. Costs are payable by check or cash to NOMMA's front office at which time the Cadet will be issued a receipt which should be presented to the Supply Office for the issue of replacement clothing.

9. Cadets attending NOMMA can expect to wear the following uniforms:
   - School Uniform (8th grade-Senior)
   - Green MARPAT digital Utility (8th grade-Senior
   - Physical Fitness Uniform [green shorts/t-shirt or green sweat pants/shirt] (8th grade-Senior)
   - Marine Corps "Bravo" and "Charlie" Service Uniforms (Freshmen-Senior)*
   - Marine Corps Dress Blues (Freshmen-Senior)**

*Selected Freshmen - Seniors that achieve academic and leadership excellence may be issued the Marine Corps Bravo or Charlie uniform. This is typically in conjunction with assignment to a leadership billet.

**Cadets on the Drill/Color Guard teams, serving in key leadership positions, and approved band or choir members will be issued the Marine Corps Dress Blues.

**CONDUCT IN UNIFORM:**

**You represent yourself, your school, the MCJROTC program and the U. S. Marine Corps. Your appearance and conduct should always be impeccable.** Violations of any of these expectations can and will result in disciplinary action to include after school detention and or saturday detention.

➢ Do not chew gum.
➢ Do not walk or stand around with your hands in your pockets.
➢ Do not walk and talk with a cell phone or wear earbuds/headphones while in the MCJROTC uniform.
➢ Do not walk and eat while in uniform.
➢ Wear your cover outdoors at all times and remove it indoors.
➢ Salute all officers. Greet all cadets and treat everyone with respect.
➢ Do not use foul language, tease others, or wrestle/horseplay in uniform.
➢ Other than in the classroom during a period of instruction, cadets are not authorized to pull their NOMMA Sweat Shirt or sweater sleeves up.
➢ Wear the school uniform properly; ensure that your shirt is tucked in, buttons are buttoned, belt is worn, and when ties or neck tabs are worn they are worn properly.


**RANK INSIGNIA, MEDALS, RIBBONS AND BADGES**

Rank insignia, medals, ribbons, and badges are an integral part of the MCJROTC cadet's uniform. Therefore, these items must be worn with care.

1. Only the rank insignia designated for cadets by the MCJROTC program will be worn. Gold metal rank insignia for enlisted cadets will only be worn on the Dress Blue coat. Examples and proper placement are shown in the following illustrations.



**Cadet officers** will wear their rank insignia centered on the shoulder strap of their blue coat and all-weather coat. On khaki shirts, raincoats, and utility coats, the small rank insignia will be worn one inch from and centered on the front edge of the collar. Multiple disks and lozenges run toward the back of the collar.

**Enlisted cadets** will wear their rank insignia centered on the shoulder strap of their blue coat and all-weather coat. On khaki shirts, raincoats, and utility coat, enlisted rank insignia will be worn with the point of the chevron up, centered vertically along an imaginary line bisecting the angle formed by the point of the collar and 1/2" from the bottom outer edges of the chevron to the edges of the collar.

2. Decorations. Authorized medals will be worn on the blue coat when prescribed. They will be worn over the left breast pocket, midway between the first and second buttons. When wearing medals and ribbons, the ribbons for which there are no medals will be worn 1/8" above and centered over the right breast pocket. Marksmanship badges will not be worn when medals are worn.

    a. Ribbons will be worn 1/8" above and centered over the left breast pocket of the khaki shirt or blue coat. (Female) Coat: 1/8" above the highest point of the left pocket and centered on the pocket. (Female) Shirt: 0 to 2 inches above the first visible button and centered on the left side of the shirt. When worn with the marksmanship badge, ribbons will be worn 1/8" above the badge.

    b. Medals and ribbons are authorized and procured through the MCJROTC program. Criteria for earning medals and ribbons will be published separately. Medals and ribbons will be worn in the precedence listed in the Awards paragraph later in the guidebook.

3. Marksmanship Badges. Cadets are authorized to wear one marksmanship badge representing the classification earned during their most recent rifle qualification. The marksmanship badge will be worn 1/8" above and centered on the left breast pocket. Marksmanship badges will not be worn with medals on the blue coat.

4. Distinguishing MCJROTC Patches. The MCJROTC shoulder patch will be worn 1/2 inch down and centered on the left sleeve of the blue coat, green coat, and khaki shirt. A "MCJROTC" tape will be centered and sewn above the left breast pocket of the digital utility jacket. Cadets are not authorized to wear uniforms that do not have the approved JROTC patches. When authorized, special MCJROTC team patches will be allowed on the Academy letterman style jacket.

**MCJROTC CADET UNIFORM WEAR AND CARE**

1. Camouflage/Digital uniforms, the PT uniform and cotton T-shirts can be washed with normal washing machine soap in warm or cold water only.
2. Khaki shirts, polywool trousers, wool sweaters and dress coats <u>must</u> be dry cleaned. **DO NOT WASH THESE ITEMS**, turn them in to Supply when instructed to.
3. Cadets are responsible for their uniforms. Replacement of lost, stolen, or damaged uniforms is the financial responsibility of the cadet. Always keep your uniforms in a safe place. **<u>Service and Dress uniforms must be professionally cleaned before final turn-in.</u>**
4. Unserviceable uniform items can be exchanged for serviceable uniform items.

**Digital Utility Uniform:**



Utility Cap …………………….Washed.  Pressed. No irish pennants (IPs).
Utility Coat …………………....Washed.  Pressed. No irish pennants. Sleeves down.
Utility Trousers ……………..Washed.  Pressed. No irish pennants.
Brown Boots ………………..Clean.  Laces left over right, tucked in. No IPs.
Black/Brown Socks ………....Clean.
Green T-shirt ……………….Clean.  Level and smooth collar.
Khaki Web Belt …………….Clean.  Tip 2-4 inches past the buckle.
Brass Belt Buckle ……..……Polished.  Locked.  Military Alignment.
Boot Blouses ……………… Between 1st and 2nd eyelets of boots.
Green Sweatshirt………….. (Optional) Worn under the utility coat.

## Service "C" Uniform w/ short sleeves (Charlies) / Service "B" Uniform w/ long sleeves (Bravos)




Garrison Cap ………………..Dry Cleaned.  Pressed.  No irish pennants.
Black Cover Emblem ……..  Clean.  Black.  Wings parallel to deck.
Short Sleeve Khaki Shirt …...Dry Cleaned.  Pressed.  No irish pennants.
Ribbons ……………………. 1/8" above and centered on the left pocket.
White T-Shirt ………..……... Clean.  Level and smooth collar.
Green Trousers ……..………Dry Cleaned.  Pressed.  No irish pennants.
Khaki Web Belt. ……..………Clean.  Tip 2-4 inches past the buckle.
Brass Belt Buckle……..……Polished.  Locked.  Military Alignment.
Black Dress Socks……..……Clean.
Black Dress Shoes. ……..…..Clean.  Sole/Heel edges dressed.

**Blue Dress "D" Uniform w/short sleeves (Deltas)/ Blue Dress "C" Uniform w/long sleeves (Deltas)**




| | |
|---|---|
| White Barracks Cap | Clean, smooth white cloth.  Bill shined. |
| Brass Cover Emblem | Polished.  Wings parallel to deck. |
| Khaki Shirt | Dry Cleaned.  Pressed.  No irish pennants. |
| Ribbons | 1/8" above and centered on left pocket. |
| White T-shirt | Clean.  Level and smooth collar. |
| Blue Trousers | Dry Cleaned.  Pressed.  No irish pennants. |
| Khaki Web Belt | Clean.  Tip 2-4 inches past the buckle. |
| Brass Belt Buckle | Polished.  Locked.  Military Alignment. |
| Black Dress Socks | Clean. |
| Black Dress Shoes | Clean.  Sole/Heel edges dressed. |

**Blue Dress "B" Uniform:**




| | |
|---|---|
| White Barracks Cap | Clean, smooth white cloth.  Bill shined. |
| Brass Cover Emblem | Polished.  Wings parallel to deck. |
| Dress Blue Coat | Dry Cleaned. Pressed. No irish pennants. Lint free. |
| Ribbons and Badges | 1/8" and centered over the left pocket. |
| Brass Collar Emblems | Polished.Wings parallel to deck.Anchors inboard. |
| White Belt | Clean.  Snug, smooth fit. |
| Brass Waist Plate | Polished. |
| White T-Shirt (Male) | Clean.  Worn under the coat. |
| White Dress Shirt (Female) | Dry Cleaned.Worn under the coat.Black neck tab. |
| Blue Trousers | Dry Cleaned.  Pressed.  No irish pennants. |
| Khaki Web Belt | Clean.  Tip 2-4 inches past the buckle. |
| Brass Belt Buckle | Polished.  Locked.  Military Alignment. |
| Black Dress Socks | Clean. |
| Black Dress Shoes | Clean sole and heel edges dressed. |

## NOMMA CIVILIAN UNIFORM

Cadets will wear the NOMMA civilian uniform as directed by administration which may include orientation, semester exams, and while attending school events off campus. NOMMA administration may mandate the uniform to be worn on certain days deemed necessary. Cadets are still required to comply with grooming and appearance requirements while wearing the NOMMA uniform. A cadet is required to have his or her name embroidered on his or her school polo shirts, sweatshirts, and jackets. Defacing the appearance of any item of the school uniform is prohibited. Cadets are not allowed to add stickers, pins, or labels of any kind to any part of the school uniform.

## UNIFORM STORE INFORMATION

Skobel's School Uniform

**www.skobels.com**

| 3001 Clearview Parkway | 1742 Stumpf Blvd. | 7928 Hwy. 23 |
|---|---|---|
| Metairie, LA | Gretna, LA | Belle Chasse, LA |
| 504-264-7733 | 504-366-6887 | 504-392-2220 |

### Shirts

All NOMMA cadets will wear a NOMMA uniform short-sleeve red polo shirt. The shirttail must be tucked in; the belt should be easily visible from all directions. The NOMMA approved uniform shirts, sweatshirts, and jackets must be monogrammed on the opposite side of the logo with .40-inch block letters of First Initial, and Last Name in ALL CAPS. Wearing a NOMMA uniform shirt identifies the cadet as a representative of NOMMA and obligates him or her to have a neat personal appearance both on and off campus, even when he or she is not participating in a school-related activity. The shirt must be fitted to the cadet's size. Shirts that are baggy or torn may not be worn.

Seniors may purchase a special uniform shirt that is voted upon by the class and approved by the administration. Once approved, the shirts may be purchased at the designated uniform vendor. All other uniform requirements remain.

### Trousers

NOMMA cadets are required to wear the plain front, un-cuffed khaki pants made by Dickies, available at our designated uniform vendor.

### Belt

All cadets are required to wear a solid, all black or  solid khaki belt with plain metal buckle.

### Socks

Cadets are required to wear solid brown, solid white, or solid black socks. Socks must be worn properly and cover the ankle at all times.

### Shoes

NOMMA Cadets must wear solid black shoes (including any and all trim, logos, and shoelaces). Shoes must be in good repair and properly worn. Black dress shoes may also be checked out from MCJROTC Supply.

### Inclement Weather

Only school approved NOMMA uniform or current team member sweatshirts and jackets may be worn as part of the NOMMA civilian uniform. NOMMA letterman jackets ordered through the school may be worn by the cadet awarded the jacket. Sweatshirts that are faded, torn, or otherwise damaged may not be worn. On days of extreme cold, non-NOMMA approved jackets can be worn over an approved sweatshirt or jacket OUTSIDE THE SCHOOL BUILDING ONLY. All NOMMA approved sweatshirts and jackets must have the cadets first initial and last name embroidered on the right side as is the case with the uniform polo shirt.

### Hats

Hats or headbands of any kind may not be worn with the school uniform. In cooler weather, a NOMMA knit hat may be worn outdoors only. Bandanas are not allowed to be worn on campus or at any school function.

The NOMMA Civilian Uniform will only be worn on days designated by the Administration.

### Backpacks/Bookbags

Backpacks and bookbags must be mesh or clear, see-through material. Mesh backpacks must be of neutral colors, according to MARADMIN 695/11 Authorized bags will be:
  • Black/Brown/Tan or a combination of the three/Olive Drab/Camouflage for mesh bags
  • Clear plastic with black or white lining
Backpacks must be mesh or see through and have minimal logo representation (manufacture tags/logos in subdued colors no larger than 5 inches long by 2 inches wide) and must be worn over both shoulders while in uniform. Gym/duffel and computer bags will be carried by hand and must never be placed over the shoulder at any time.  Female cadets will NOT carry a purse while in uniform.

Students are not permitted to carry any bag that is not made of a mesh or clear, see-through material while on campus. Gym/duffel bags must be stored in a locker while on campus. Unauthorized bags, flowers, balloons, stuffed animals, blankets, etc. are not permitted and will be confiscated and held in the office to be picked up at the end of the day. Some items may require a parent to pick up the confiscated item (school discretion).

According to *New Jersey v. T.L.O.* the U.S. Supreme Court determined that schools only need reasonable suspicion and not probable cause to search students. School officials have the right to search any purse, baggage, or package if reasonable suspicion exists.

 If you believe your family qualifies for an Economic Hardship Waiver, please contact the grade level counselor. For additional information, please view the Student Fees section on page 42.

*** For the 2020/2021 school year padded computer sleeves were issued with the school laptops and shall be used to store the computers when they are not in use. Cadets are authorized to use a briefcase style laptop bag to carry their school issued or personal laptop at school. The laptop bag must be a neutral color of Black/Brown/Tan/Gray or a combination of these/Camouflage. Only a padded computer sleeve or briefcase style laptop bag will be allowed.

## DRESS CODE FOR SPECIAL EVENTS

Whether in the MCJROTC or Off-Campus school uniform, attending a formal event, special event, or attending school functions in the summer/after school, NOMMA cadets are expected to maintain our standard of appropriate grooming and attire.  The following is a description of each event's acceptable attire. These requirements may be changed to meet the specific needs of the school and the specific event. The administration will make the decision about event dress codes.

<u>Formal Events</u>: Dress code expectations for formal events, proms, and balls are as follows: male cadets in a tuxedo, suit and tie, or dress blues. Tennis shoes or casual shoes are not appropriate for formal events.

Female cadets must wear dress blues or a formal dress knee length or longer.  Dresses may be strapless; however, the midriff, lower back, cleavage, and side skin may not be exposed and must be concealed at all times.. Dress necklines must not expose breasts or cleavage in the front and cannot fall below mid back in the back. Dresses with cutouts are not permitted (lace, mesh or illusion fabric cut outs are not permitted). The midriff, lower back and side skin may not be exposed and must be concealed at all times. All undergarments must be concealed. Slits in dresses may not extend higher than the tip of the longest finger. Guests of cadets are expected to follow the same NOMMA dress code and must be high school students.

<u>Semi-Formal Events:</u> Dress code for graduation, awards ceremonies, and other semi-formal events are as follows: Male cadets wear coat or blazer (optional), suit (optional), button-down shirt tucked in at all times, necktie or bowtie (optional), closed toe shoes, dress pants or khaki pants with a belt. Dress Blues or Charlies are acceptable semi-formal attire. Shorts, denim, athletic-type bottoms, and clothing with rips/holes/tears are not appropriate.

Female cadets may wear dresses that range from full-length to fingertip length (hem falls at the tip of the longest finger). Slits may not exceed the tip of the longest finger. Dresses may be strapless; however, the midriff, lower back, cleavage, and side skin may not be exposed and must be concealed at all times. Shoes with backs/back straps are required. Females may wear pantsuits, dress pants, or khakis with a button-down shirt tucked in at all times. Dress Blues or Charlies are acceptable semi-formal attire. Shorts, denim, athletic-type bottoms, and clothing with rips/holes/tears are not appropriate.

<u>Non-Formal Events</u>: The dress code expectations for non-uniform (civilian attire) events, dress down days, or school functions are as follows: collared or t-shirts (no tank tops, spaghetti straps, or sleeveless shirts) and slacks/skirts/jeans (no shorts).  No sweat pants, jogger style sweatpants, capris, leggings, cut-offs or athletic-type bottoms permitted. Pants must be hemmed to fall naturally at the ankle. No hats, pajamas, bare midriffs or halter tops permitted.  Closed toed shoes are required.  Clothing must be clean and free of holes, profanity, sexual, or drug references.  Anyone wearing inappropriate clothing will receive disciplinary action, be sent home and/or not allowed to participate, and will not receive a refund. Unauthorized outerwear such as hats and gloves may be confiscated.

# UNIFORM GUIDELINES REFERENCE CHART

| UNIFORM ITEM | MARPAT UTILITIES | SERVICE UNIFORM | PHYSICAL TRAINING | DRESS BLUES | NOMMA CIVILIAN |
|---|---|---|---|---|---|
| **COVER** | MARPAT w/ name inside | Garrison w/Black Emblem | No | White w/ Gold Emblem | No |
| **UNDERSHIRT** | USMC Green | White | USMC Green Females appropriate support garments | White | White |
| **BLOUSE/ SHIRT** | MARPAT | Khaki | Optional Company Shirt, when prescribed | Blue Females: White Shirt | Red NOMMA Polo*** (must have name embroidered) |
| **RANKS** | Yes | Yes | No | Yes, Gold only | No |
| **TROUSERS** | MARPAT | Green | MCJROTC Shorts | Blue | Khaki |
| **BELT** | Khaki Web | Khaki Web | No | Blouse;White. ** Trousers;Web. | Solid Black/Khaki Web |
| **SOCKS** | Black/Brown | Black Dress | White/Brown/Black | Black Dress | Black/Brown/ White |
| **BOOTBANDS** | Between 1st & 2nd Eyelets of Boots | No | No | No | No |
| **SHOES** | USMC Boots | Black Corframs | Athletic | Black Corframs | All Black |
| **INCLEMENT WEATHER** | MARPAT Gore-tex*/ Sweatshirt | Tanker Jacket | Green USMC Sweatshirt/Pants | All Weathercoat | NOMMA approved**** |

**Notes:**

**\*Gore-Tex/Sweatshirt;** gore-tex is a special issue item (due to high cost) and will only be issued with parent permission. The USMC sweatshirt may be worn as an undergarment with the MARPAT blouse when sleeves are rolled down.

**\*\*Blues belt; Certain** Female cadets are authorized to wear the white belt with the Blues Coat.

**\*\*\*** Seniors may wear the approved Senior Shirt instead of the Red Polo.

****Only school approved NOMMA uniform or current team member sweatshirts and jackets may be worn as part of the NOMMA civilian uniform.

## GROOMING GUIDELINES REFERENCE CHART

| Grooming Item | Utilities | Service / Blues | NOMMA Civilian |
|---|---|---|---|
| **Hair** | USMC Regulations | | USMC regulations, Female hair may be worn down. |
| **Hair Decoration** | **None allowed (i.e. scrunchies, bows, headbands, ribbons, alligator clips, etc).** Hair will be secured with inconspicuous hair pins, bobby pins, rubber bands, barrettes, etc. | | |
| **Watches*** | Yes, digital or sweep hand only; must be inconspicuous. Black, brown, tan, or gold/silver tone | | |
| **Bracelets** | **Only medical alert or POW/MIA.** | | |
| **Necklaces** | Yes, must be tucked under the t-shirt. May not be visible. | | |
| **Rings** | Yes, one on each hand. Must be inconspicuous. Nothing on the thumb. | | |
| **Lipstick**** | **NO** | | Yes, shades of red only. |
| **Nails**** | Clear polish, American or French manicure. **Fingernails shall not extend more than 1/4 inch past the fingertips.** | | Yes, shades of red, American or French manicure, clear polish. **Fingernails shall not extend more than 1/4 inch past the fingertips.** |
| **Eyeliner Mascara Makeup and Fake Lashes**** | Yes, conservative in nature. May not be "faddish", "eccentric" or include glitter/sparkles. Must be natural in appearance. | | |
| **Earrings***** | **NO** | | Yes, one per ear, small, polished, yellow gold color, ball or round stud. In blues, gold or pearl studs, not to exceed 6 mm (1/4 inch). Only in the earlobe. |

**Notes**;

*Smart/ cell phone watches must be turned in along with cell phones.

**Applies to female cadets only. Male cadets are not authorized to wear in uniform or civilian attire

***Applies to female cadets only. Ear lobe piercings are the ONLY authorized piercings; nose, eyebrow and other types of ear or body piercings are not authorized.

# ATTENDANCE

## ABSENCES

When a cadet is absent or tardy from school, the parent/guardian should send a note to the school office explaining the reason for the absence upon the cadet's return to school. All notes must include the following: the date of the note, the name of the cadet, the date of the absence(s) or tardy, the specific reason for the absence(s) or tardy and the parent or guardian signature. Cadets are expected to attend school every day; however, parents should not send a cadet to school when ill. If a cadet is absent for three consecutive school days due to illness, it is recommended that the parent seek medical attention for the cadet. Please refer to SEAT TIME requirements related to school attendance. While records are maintained to determine excused and unexcused absences as they relate to school truancy, SEAT TIME requirements do not differentiate between excused and unexcused in totaling attendance for Carnegie Units. Excessive absences may result in course failure.

Excused absences allow the student to make up the missed work, but the absence is counted against the overall attendance requirement for Carnegie Units and course credit. An example is personal or family illness documented by a parent's or doctor's note. Examples of unexcused absences include an absence without a parent's note or skipping school.

## TARDY POLICY

Cadets are expected to arrive at school on time every day. When cadets are not in their assigned class when the tardy bell rings, they are considered tardy to school. Tardy cadets must sign in at the front office before going to class. A doctor's or parent note is needed to excuse tardiness to school.

Cadets are expected to arrive to class on time. When cadets arrive to class after the tardy bell has rung they are considered tardy to class and will receive disciplinary action according to the teacher's classroom management plan or the schoolwide discipline plan. After four instances of being tardy to class, a discipline referral may be issued and disciplinary action may be taken according to NOMMA's discipline policy.

## SEAT TIME

High School attendance of 80 days is required to receive Carnegie units on a semester schedule. Cadets cannot miss more than 7 days from school. Late arrivals and early dismissals are considered in calculating attendance. Both excused and unexcused absences are included when calculating seat time.

Any student who misses 8-10 full days of school, excused and unexcused, is required to make up seat time until they recover sufficient time to only have missed 7 days. Example: If a student misses 9 full days, they need to recover 2 days during seat time. Grades are calculated using the published grading system.

Any student who misses 11 or more full days of school, excused or unexcused, is required to make up 5 days of seat time in order to qualify for the opportunity to earn their credits. In order to earn credit a student must:

- Pass the class
- Pass the final exam
- Pass 2nd semester (Quarters 2 and 4)

All three requirements as described above must be met. Grades are calculated using the published grading system. The seat time policy is subject to change based on the 2020-2021 school calendar.

## VISITOR POLICY

All visitors must check in with the front office immediately upon arrival to the school building. All visitors (parents, guardians, family members, advocates, etc.) will have to present a government issued ID and will

be issued a visitors badge/sticker. This visitor badge/sticker must be worn and visible while on campus. Visitors will be escorted to and from their destination while on campus. Visitors will need to check out of the front office upon leaving the campus and turn in their visitors badge/sticker.

**SENIOR EARLY RELEASE SCHEDULE**

Senior cadets on track to graduate may be eligible for early release. The Senior Early Release application must be complete and approved by the 12th grade counselor. All regulations described in the application must be followed in order to remain eligible for Senior Early Release. This privilege may be revoked for not complying with regulations outlined on the Senior Early Release permission form or at the principal's discretion.

**WITHDRAWAL FROM SCHOOL**

If it is necessary to withdraw a cadet from school, please notify the school at least 24 hours in advance by contacting the registrar's office (enrollment@nomma.net). Your child will receive a withdrawal form, report card, and their personal belongings when leaving. Any outstanding cafeteria or library charges should be cleared prior to the withdrawal of a cadet. All military uniforms and school issued items such as laptops and textbooks must be returned to NOMMA.

**DELIVERY OF PHONE MESSAGES DURING THE SCHOOL DAY**

Phone messages to cadets from parents will be delivered only at the end of the school day to avoid disruption of classes. In cases of emergencies, the parent may speak with front office personnel who will ensure the message is delivered.

Students are not permitted to use classroom phones during the school day unless they need to make arrangements for a way home after school tutoring or practice. Use of classroom phones is at the teacher's discretion. Students may use a designated phone in the office to make after-school arrangements and must document all calls made on a phone log.

**EMERGENCY INFORMATION**

Please ensure emergency contact information is updated at all times. In the event that it becomes necessary for NOMMA staff to obtain emergency care for your cadet, all attempts will be made to contact you directly or your emergency contact person. If we are unable to reach you or one of your contact numbers, the nurse will seek assistance from emergency medical professionals. NOMMA assumes no financial liability for expenses incurred because of the accident, injury, illness and/or unforeseen circumstances.

# GRADING POLICY AND PRACTICES

NOMMA has four grading periods. Report cards are issued each nine weeks. Progress reports are also issued mid-nine week period. Cadets with disabilities will receive progress reports related to goals and objectives specified on their IEPs. Report cards and progress reports are mailed home. Please refer to the school calendar for dates of grade report and progress report mailings. It is the responsibility of parents or guardians of cadets to inform the administrative office when mailing addresses change.

**GRADING SCALE**

| Letter Grade | Numerical Grade | Standard Quality Points | Honors and Advanced Placement* | TOPS University Diploma Weighted Courses* |
|---|---|---|---|---|
| A | 93-100 | 4.0 | 5.0 | 5.0 |

| | | | | |
|---|---|---|---|---|
| B | 85-92 | 3.0 | 4.0 | 4.0 |
| C | 75-84 | 2.0 | 3.0 | 3.0 |
| D | 67-74 | 1.0 | 2.0 | 2.0 |
| F | 0-66 | 0.0 | 0.0 | 0.0 |

Grading Procedures:

1. The above scale shall be adhered to for all subject areas.

2. Cadets will earn major grades (tests, projects, essays, labs, etc.) and minor grades (homework, quiz, etc.) each quarter. **Participation grades are not awarded.**

3. The following weights will be applied: 60% major grades (e.g. tests, projects, essays, and labs); 40% minor grades (e.g. class work, homework, and quizzes).

4. State of Louisiana LEAP 2025 tests will serve as the final exam and will account for 20% of the final course grade in 8th grade Math, ELA, Science and Social Studies, Algebra I, Geometry, English I, English II, Biology, and US History.*

5. In determining semester averages, numerical averages will be used to assign a letter grade. Only letter grades will be shown on the report card.

6. The lowest F issued is **40%.** Missing or late assignments will be followed by ".1" designation in the online gradebook. See the "Late Work and Make-Up Work" section below for more information.

7. If a student participates in academic dishonesty, plagiarizes, or cheats in any way, a **0%** will be assigned. The student will be allowed to make up the assignment, and the highest grade he or she may earn is a 70%. The assignment must be made up within 7 days. Teachers will complete a discipline referral for an integrity violation noting the date of the incident, the 7-day window the student has to make up the assignment, and a copy of the assignment. See the "Academic Dishonesty" section below for more information.

8. Teachers will allow students the opportunity to make up missed assignments as noted in the "Make Up Work" section below and may allow students to submit extra credit assignments according to the individual teacher syllabus.

9. To earn a Carnegie unit in a full-unit course, a cadet must earn a minimum of one quality point as a final grade and must pass Semester 2 of each course. Failing semester 2 will result in course failure and no credit awarded regardless of the student's grade in the first semester. Half credit is not awarded.*

10. The semester exam will count as 20% of the semester grade and will appear on the report card as a separate grade.

11. Cadet conduct and participation is not considered when computing the semester grade.

12. Cadets may not miss more than 14 days of school. If a cadet misses too many days they may fail the course. Credit is not awarded to students not meeting seat time requirements. See seat time in the attendance section for more info (subject to change based on the 2020-2021 school calendar).

*does not apply to 8th graders unless they are enrolled in a Carnegie unit class (e.g. Algebra I, English I, Quest for Success, Band I, Art I, etc.)


**HOMEWORK ASSISTANCE**

Free afterschool online tutoring and homework assistance services is available through the State Library of Louisiana and their local public library **http://www.homeworkla.org/**

## LATE WORK AND MAKE-UP WORK

If a cadet has an excused absence, the cadet is allowed to make up missed work for full credit within seven (7) calendar days. After seven (7) calendar days, make up assignments for cadets with excused absences will be considered late assignments (see below for the late work policy).

If a cadet has an unexcused absence or has been suspended as a disciplinary action, the cadet shall be expected to make up all missed work within seven (7) calendar days and may earn a maximum possible grade of 80%. Work will not be provided during an out of school suspension, and must be collected upon the student's return to school.

Late assignments are assignments that are not turned in to the teacher on the assigned due date. Cadets are permitted to turn in late assignments with a penalty (maximum grade of 80%) within seven (7) calendar days of the original due date. The late grade penalty (maximum grade of 80%) will be applied at the teacher's discretion. A failing grade will be entered until the late work has been completed and turned in to the teacher.

All teachers have grading policies that allow students to re-do, retake, revise, or complete alternate assignments in order to improve their grades. Replacement assignments, assignment re-dos, assignment retakes, or assignment revision policies are determined by the teacher of record for each class and are outlined in each course syllabus. All replacement assignments, assignment re-dos, retakes, or revisions must be initiated within seven (7) days from the date the assignment is returned to them and the final deadline is determined by the teacher.

## ACADEMIC DISHONESTY

Academic dishonesty is an integrity violation. If a student participates in academic dishonesty, plagiarizes, or cheats in any way, a **0%** will be assigned. The student will be allowed to make up the assignment, and the highest grade he or she may earn is a 70%. The assignment must be made up within 7 days. Teachers will complete a discipline referral form noting the date of the incident, the 7-day window the student has to make up the assignment, and a copy of the assignment.

Plagiarism is stealing a person's ideas or writing, this may include copying and pasting work from the internet, allowing others to copy your work, allowing others to complete your work, or turning in your own or another student's work as your own. Unintentional plagiarism can be avoided by using the correct citation guidelines.

Cheating may include copying/using other students' work, acquiring answers to exams, and looking up answers/using an unauthorized aid, among others. Cheating is also allowing another student to copy your work or giving another student answers or collaborating on assignments the teacher intended for students to do individually. Both plagiarism and cheating are dishonest and do not allow the teacher to correctly assess your ability level in order to help you improve.

## CREDITS/GRADE PLACEMENT

Grade level designation is determined at NOMMA by credits earned towards a diploma pathway according to his/her Individualized Graduation Plan (IGP):

|  |  |
|---|---|
| 8th Graders | do not earn credits |
| Freshmen (9th) | 0 - 6 credits |

| | |
|---|---|
| Sophomore (10th) | 7 - 12 credits |
| Junior (11th) | 13 - 20 credits |
| Senior (12th) | 21 credits (24 required for graduation) |

## CREDIT RECOVERY

Cadets are offered an opportunity to make up course work if a failing grade is earned in a class and final credit is not earned. The credit recovery is offered in an online format. Students may earn a maximum of seven credit recovery units that may be applied towards diploma graduation requirements and no more than two Carnegie units annually.

Students earning Carnegie credit in a credit recovery course must have previously taken and failed the field. Previously attempted coursework is considered an academic record and will be recorded on the official transcript. Completed credit recovery courses will be recorded and clearly labeled as credit recovery on the official transcript. Please contact a school counselor for details regarding credit recovery.

## NATIONAL HONOR SOCIETY

The National Honor Society, founded in 1921, is the nation's premier organization established to recognize outstanding students. The focus of the organization is to promote scholarship, service, character and leadership among its members. The NOMMA Chapter of the National Honor Society is an invitation-only organization open to members of the sophomore, junior, and senior classes who meet the minimum requirements of having a weighted TOPS University GPA of 3.5 or above and maintain an impeccable discipline record. Satisfaction of the minimum requirements does not automatically ensure a cadet of membership in the National Honor Society. Cadets who earn the required GPA but do not exhibit leadership and character qualities as described in the NHS handbook will not be admitted to the National Honor Society. The final decisions for eligibility are made by the principal in consultation with the Administrative Council. Members are required to meet all five of the constitutional obligations which include maintaining standards, attending meetings, participating in a chapter service project, performing additional services according to their own talents and interests which includes peer tutoring, and paying annual chapter dues. Members in good standing at the time of graduation will wear a decoration of recognition and will be designated in the graduation program as NHS Members.

## GRADUATION

Participation in New Orleans Military and Maritime Academy Graduation is a privilege, not a right. All graduating seniors must meet the following criteria in order to participate in the graduation ceremony:

- Students must have met all requirements for high school graduation set forth by the Louisiana Department of Education and New Orleans Military and Maritime Academy.
- Students must have completed a senior community service project as defined by the MCJROTC curriculum.
- Students may not have earned an Out of School Suspension in the Spring Semester of their senior year.

## GRADUATION HONORS

For all graduating seniors, the final grade point average is the average of all Carnegie units earned - regular, honors, advanced placement, dual enrollment, summer school and any other credit earned when credit is awarded with the following exceptions: Internship, Workstudy, Authentic Workplace Experience credits will not be included in the final GPA calculation for graduation honors.

Weighted courses are weighted on a 5 point scale. These courses are identified by the following labels: AP, Pre-AP, Honors, and Dual Enrollment (core subjects only). Weighted courses are determined by the NOMMA course catalog and grading policy.

Any student who aspires to graduate in the top of his/her class (Salutatorian or Valedictorian) must meet all requirements of the LDOE and NOMMA curriculum. A student shall be enrolled in his/her full (8 Credits) junior and senior year at NOMMA to receive the rank of valedictorian or salutatorian.

To be eligible for valedictorian or salutatorian status, a student must have been classified as a 12th grader with at least 21 Carnegie units at the beginning of the fall term in August of the graduation year and must have been enrolled at NOMMA for a minimum of 4 semesters in their junior and senior year.

To be considered for Graduation Honors, Valedictorian and/or Salutatorian a student cannot have been enrolled in any high school for more than eight (8) semesters.

More than one student can be awarded the position of valedictorian or salutatorian if these students have IDENTICAL grade point averages when calculated to four decimal places.

Any student may be eligible to graduate with honors, regardless of the number of classes enrolled during their junior or senior year.

Honor Graduates:

All seniors who compile a grade point average of 4.0 and above shall be designated as graduating Summa Cum Laude.

All seniors who compile a grade point average in the range of 3.9999 to 3.8500 shall be designated as graduating Magna Cum Laude.

All seniors who compile a grade point average in the range of 3.5000 to 3.8499 shall be designated as graduating Cum Laude.

Discipline record is not considered.


## EARLY GRADUATION

Determining whether or not a student is eligible for early graduation is not a decision that the administrators of NOMMA make without much thought and consideration. Leaving high school earlier than his or her entering cohort/class has many consequences and, therefore, is a decision that the cadet and his or her family will need to consider thoughtfully and carefully. Please review and discuss NOMMA policies and guidelines before submitting an application for consideration. Applications for early graduation must be returned to the counseling office by August 10th of the start of the school year in which the cadet wishes to graduate. Applications are reviewed by the principal and senior counselor. Application approval is NOT guaranteed


## TUTORING

Teachers are available for after school tutoring. Each teacher will set his or her own tutoring days and communicate their specific tutoring times and procedures in their syllabus.


## ROTATION

A portion of the instructional day at NOMMA is a block of time devoted to remediation or acceleration of cadet core content skills. NOMMA staff utilizes benchmark assessments to determine content skill strengths and weaknesses. Based on the benchmark assessments, cadets may be grouped in small groups for additional

instruction. The groupings are not intended for additional homework time or based on failing course grades. The groupings are based entirely on benchmark assessments, particularly in the LEAP 2025 content courses.

**COMMUNITY SERVICE**

New Orleans Military and Maritime Academy requires all students to complete a minimum number of hours of community service each year in order to meet NOMMA graduation requirements. Only service hours that include a supervising adult signature and email or phone number will be eligible for service credit. A community service form is located on the NOMMA.net website under the MCJROTC resources tab. Community service hours are collected and documented by the military Dean. . Below is the minimum number of hours required for earning a Community Service Diploma Endorsement:

| | |
|---|---|
| 9th grade - 10 hours | 10th grade- 20 hours |
| 11th grade - 25 hours | 12th grade - 25 hours* |

*Senior cadets must complete a mandatory 25 hour community service senior project. The Senior Project must be completed in one specific community service category as outlined by project requirements distributed by the Marine Instructor. The Senior Project is a graduation requirement. Any senior who does not complete the Senior Project requirement will not meet NOMMA graduation requirements and will not graduate.

Eighth grade cadets are encouraged to report their community involvement to their MCJROTC instructors for potential merits.

# SPECIAL PROGRAMS

**School Building Level Committee (SBLC)**

The School Building Level Committee is a general education, data driven, decision-making committee whose standing members consist of at least the principal (or designee), a classroom teacher, and the referring teacher.  In discussing an individual cadet's difficulties, the cadet's parent or guardian is an invited participant.  The SBLC will review and analyze all screening data, RtI results, progress monitoring data and determine the most beneficial option for the cadet which can include, but is not limited to:

1. Conduct no further action at this time
2. Continue current intervention and progress monitoring through the RtI process
3. Conduct additional interventions through the RtI process
4. Refer the cadet to the appropriate committee to conduct a Section 504 Evaluation
5. Refer the cadet to the pupil appraisal personnel for support services
6. Refer the cadet to pupil appraisal personnel for an individual evaluation to determine if an exceptionality is present

If a cadet experiences learning or behavioral difficulties, the parent/guardian should contact the cadet's counselor.  The counselor will follow up with the Grade Level Team and a referral to the SBLC Committee will be made.

At any time a parent may request an evaluation for special education services with the Director of Special Education. Within 15 calendar days, the SBLC Committee will meet with the parent/guardian. If the Committee recommends an evaluation, the parent will be notified and asked to provide written consent for the evaluation. The evaluation and report must be completed within 60 calendar days from when the consent is received. The results of the evaluation will be explained and a copy of the report will be given to the parent at an IEP Team meeting where deliberation will take place to determine if an educational exceptionality exists under IDEA.  If so, the IEP Team has 30 days to complete the IEP, which will be presented to the parent/guardian at an IEP Team Meeting, reviewed, and amended as the IEP Team agrees.

If it is determined that an evaluation is not needed, the NOMMA staff will provide the parent with a written notice as to why the cadet will not be evaluated. This notice will include a copy of the parent's rights if they disagree with the findings of NOMMA. The cadet will be referred back to the SBLC Committee for alternative supports and interventions.

**Cadets with Identified Educational Exceptionalities under IDEA**

Cadets identified with an educational exceptionality under IDEA and a current IEP will be reviewed by the IEP Team, including the parent/guardian and the cadet to review progress and determine placement and services. Services include special education instruction in and out of the classroom and related services may include speech/language therapy, physical therapy, occupational therapy, transportation, counseling and/or social work services. Accommodations and assistive technology are also discussed at the IEP Team meetings. For additional information, contact the Director of Special Education.

**Cadets with Special Transportation Requirements**

Cadets whose IEPs include the need for special transportation shall be provided the transportation as determined by the IEP Team, as well as any other associated services required. The school shall provide the driver with all relevant transportation needs, as described in the IEP as well as parent contact information. The driver shall communicate bus arrival/departure times with the parent and special education teacher. The parent will also receive the bus dispatch number to discuss any concerns or emergencies, if necessary. Any transportation concerns should be communicated to the special education and or/transportation administrator. Any Cadets with specialized transportation indicated on their IEPs who require a drop off plan will have specific plans for drop offs when parent/guardian is not home. IEPs and necessary plans are provided to the transportation company.

**English Learners**

Students determined to be non-English proficient by the English Language Placement Exam or from previous scores on the English Language Proficiency Test (ELPT) are eligible for English Language Support through English as a Second Language Learners.

In accordance with state law and federal guidelines, students may be exited from the English Language Support program when he or she has scored in the proficient range in all four domains on the English Language Proficiency Test (ELPT) or in the proficient range on their most recent English LEAP 2025 assessment. A student scoring in the proficient range will be reclassified from English Learner (EL) to Full English Proficiency and will no longer be eligible for English language support. The student will be monitored for two years during which time his or her academic progress will be followed closely. If at any time he or she appears to be struggling due to language demands, he or she will be reconsidered for English Language support.

**Language Access Policy**

Home Language Survey information is collected yearly. The survey is included as part of an information packet provided at the beginning of the school year. The form should be completed, signed by a parent, and returned to the NOMMA front office as soon as possible. This information is used to provide Language Access for all NOMMA documents. NOMMA is committed to provide families of EL students with the tools and resources they need to support learning at home, and will translate or provide translation resources for all parent communication into Spanish, Vietnamese, Arabic and other languages as necessary.

***Aviso de asistencia lingüística***: Si tiene dificultades para comprender el Inglés, puede solicitar sin cargo servicios de asistencia con el idioma. Para esta información llame al (504) 227-3810 o *env*íe un correo electrónico a info@nomma.net.

**Section 504**

No qualified disabled cadet shall, on the basis of disability, be excluded from participation in, be denied the benefits of, or otherwise be subjected to discrimination under any service program or activity. Reasonable classroom accommodations shall be provided to qualified cadets for access to the general education curriculum. Parents/Guardians should contact the School Counselor for information.

**Sign Language Interpreter**

NOMMA in compliance with Section 504 of the Rehabilitation Act of 1973, the Americans with Disabilities Act, and the Individuals with Disabilities Education and Improvement Act of 2004 and will provide qualified sign language interpreters for all Deaf and Hard of Hearing cadets who require these services in connection with district activities. Contact the Director of Special Education for more information about NOMMA's Language Access Policy.

# FAMILY/SCHOOL COMMUNICATION

## JCAMPUS

We highly recommend that all parents sign up for JCampus in order to check on grades, attendance, and behavior for your student(s). Please go to the following link to create an account:
https://services.edgear.net/progress/

### Signup Instructions
1. Go to www.nomma.net
2. Go to resources -> parent and cadet resources
3. Click on jcampus login
4. Click on register new user
5. Enter district: 348 nomma school district
6. Enter the rest of information
PSN number is the last digits of the social security number


NOMMA believes that close communication between home and school is important to a student's educational success. Therefore, we value and encourage parental involvement. Should you have questions regarding your student's performance, please contact the appropriate person so your questions and concerns can be addressed in an effective and timely manner. We also promote and support students taking the opportunity to advocate for themselves. We feel that most issues or concerns can be resolved between (y)our cadets and our dedicated teachers and staff.


## TEACHER

Every classroom at NOMMA is equipped with a telephone and voicemail, and all staff members have an email address that can be found on the NOMMA website. Contact the teacher directly with questions concerning grades, make-up work, classroom behavior and attendance. To provide another means of communication for parents, NOMMA teachers utilize Google Classroom. Parents can receive weekly summary emails by emailing a specific teacher to request access.

## SCHOOL COUNSELOR

The school counselor is available to address concerns regarding academic placement, course selection, college/career preparation, social/emotional concerns and overall attendance/behavior. Please contact them at (504) 227-3810 to make an appointment, or email the counselor directly. Parents may make appointments to meet with all teachers by contacting the school counselors. Tuesdays and Thursdays are designated dates at NOMMA for parent after-school meetings. Conferences may be scheduled on Mondays and Wednesdays

based on the counselor's availability and at his or her discretion. Meetings will be scheduled for 3:15 and should be directly arranged through the counselors.

## DEAN OF STUDENTS

Parents should contact the appropriate dean of students for any behavior/discipline concerns. The deans should also be contacted for any concerns related to cadet conflicts, bullying, or any other concerns regarding the safety and security of our school and cadets.

## PRINCIPAL/ASSISTANT PRINCIPALS

An administrator will become involved in any unresolved issue only after a parent or student has first communicated directly with the teacher and/or school counselor, and/or dean of students. Please see the NOMMA Grievance Procedures and Guidelines below.

## COMMUNICATION COURTESY

It is often easiest to contact teachers and staff via email. All staff members' email addresses are listed on the school website: nomma.net. Please allow up to 2 school days for staff members to return phone calls and emails. We ask that you call to make an appointment when you wish to meet with staff members, including administrative and counseling staff. Visit us at nomma.net for a complete list of staff names and email addresses.

## SOCIAL MEDIA

Please follow the official facebook page for NOMMA for frequent updates, news, and information about the school. https://www.facebook.com/nomma.la/

## INTER-AGENCY COOPERATION

NOMMA shall seek to improve communication, coordination, and collaboration between schools and agencies serving children; shall foster cooperation regarding the sharing of data; and shall work in cooperation with other schools/ districts/ communities/ regional planning boards to facilitate the successful re-entry and transition of youth formerly in state custody into their diverse school/community settings in order to encourage the continuation of education and their access to other needed services in order to prevent recidivism.

## VISITING TEACHER/ Child Welfare and Attendance Supervisor/Families in Need of Services (FINS) Officer

It is the duty of all staff at NOMMA to cooperate fully with the visiting teachers or supervisors of child welfare and attendance. NOMMA shall make available to visiting teachers or supervisors of child welfare and attendance, FINS officers, and Truancy Assessment and Service Centers such information as will assist them in promoting the regular attendance and school adjustment of these children.

Visiting teachers, or supervisors of child welfare and attendance (pursuant to R. S. 17:235), and FINS officers, shall cooperate fully with the state departments of social services, labor, and health and hospitals, and with other state and local agencies, including interchange of confidential and privileged information; cooperate fully with juvenile and family court authorities, training and correctional schools, law enforcement officers; and make such referrals and conduct such investigations as seem necessary for the enforcement of school attendance laws, including interchange of confidential and privileged information.

# CAFETERIA SERVICES

Breakfast and lunch are served daily. The cost to purchase breakfast is no more than $1.50* and the cost to purchase lunch is no more than $3.00*. Exact cost for cafeteria services will be published at the beginning of the school year. Reduced breakfast costs $.30* and reduced lunch costs $.40*. The Child Nutrition Program requires annual submission of lunch applications to receive Free or Reduced meals. Cadets are not allowed

to charge for meals when they do not have funds to purchase breakfast or lunch.  All food and drinks must be consumed in the cafeteria.  Money may be added to meal accounts for prepayment of cafeteria services at www.mealsplus.com. *The cost of meal service is subject to change.

**FOOD AND DRINK**

Cadets are only allowed to eat and drink in the cafeteria during the scheduled breakfast and lunch times. Cadets are not allowed to eat or drink in any area other than the cafeteria or walk the halls with food and/or drink containers.  Cadets are only authorized to carry un-flavored water in a clear water bottle. Cadets who wish to bring their own lunch will need to store their food in an appropriately sized lunch bag in their backpack or locker. In the event that a parent wants to bring their cadet a lunch, it must be brought to school before the cadet's scheduled lunch time. If a parent brings a cadet lunch after the scheduled lunch time, it will be kept in the front office for the cadet to pick up after school. Food deliveries of any kind are not allowed for cadets. Cadets are not allowed to bring food to share such as party trays, cupcakes, or any potluck style entrees. Food items must be limited to reasonable single serving sizes (no gallon size drink containers, party trays, family size bags of chips, etc.). Teachers may allow students to bring in food items for a special occasion. These items must be approved beforehand and must be kept in their original prepackaged container with the label that identifies the ingredients. Cadets are not allowed to give food items away as part of a campaign.

**FOOD ALLERGIES**

Any cadet who suffers from food allergies should contact the school nurse. The nurse will determine, on an individual basis, a medical plan based on doctor's orders.

# GRIEVANCE PROCEDURES AND GUIDELINES FOR PARENTS

The New Orleans Military & Maritime Academy is committed to developing a culture based on mutual trust and respect, and every effort will be made to maintain a safe and supportive work and learning environment for all within our school community.

It is acknowledged that during the course of your child's school years, at times, there may be a complaint  or concern that you wish to raise about a decision, behavior, act, or omission that you consider to be unacceptable. NOMMA is committed to ensuring that all grievances are addressed in a fair and equitable manner, and the following procedures will guide parents in addressing grievances as quickly as possible. Every endeavor will be made to solve grievances at the most direct level. You are encouraged to voice your concerns appropriately and quickly so a timely resolution can be achieved.

**Please follow the procedures listed below if you have a grievance or any concerns:**

1. Contact your child's teacher directly. Most issues are best resolved promptly at the most direct level. In schools, the classroom or subject teacher is often the best person to handle routine concerns about matters within their classroom and/ or area of responsibility.
2. Some issues will need the involvement of the Dean of Students or Counselor. Contact your child's dean or counselor directly if there is a continuation of issues raised with the classroom teacher. You may also contact the Dean of Students or Counselor if there are school wide matters (e.g. discipline, school policies and procedures, etc.) or if there are other school-related grievances.

3. If the problem is not resolved through the Dean or Counselor, request a **NOMMA Grievance Form**, complete the form, and submit it to the appropriate Assistant Principal. The Assistant Principal will take the necessary steps to reach resolution.
4. If resolution is not made or the parent is unsatisfied with the outcome, the parent may contact the Principal. The Principal will consider all relevant information and decide the best course of action or steps needed to reach resolution. If after getting reviewed by the Principal, the matter remains unresolved or if the parent is not satisfied with the outcome, the parent may appeal this decision to the NOMMA Commandant.

**Grievance Appeal**

An appeal must be submitted within **5 school days** of the Principal's decision, providing details of why the outcome of the grievance process is considered to be unsatisfactory. The appeal is to be made in writing and addressed to "*NOMMA Commandant, 425 O'Bannon St. New Orleans, LA 70114*"

Please include:

· Your name and contact details.

· Copy of the completed NOMMA Grievance Form.

· Outcome of the Grievance Process

· Reason(s) for making the appeal.

· Resolution that is sought.

Once an appeal request has been received, the Commandant will respond within 10 school days. The Commandant serves as the hearing officer of last resort. The Commandant is the final decision authority.

# PRIVACY, SAFETY AND SECURITY

## DIRECTORY INFORMATION

Federal Law requires NOMMA, with certain exceptions, to obtain your written consent prior to the disclosure of personally identifiable information from your cadet's education records. However, NOMMA may disclose appropriately designated "directory information" without written consent, unless you have advised NOMMA to the contrary. The primary purpose of the directory information is to allow NOMMA to include this type of information from your cadet's education in certain school publications. Examples include the annual yearbook, honor roll or other recognition lists, graduation programs, sports rosters.

Directory information, which is information that is generally not considered harmful or an invasion of privacy if released, can also be released to outside organizations without a parent's prior consent. Outside organizations include, but are not limited to, companies that manufacture class rings or publish yearbooks. If you do not want NOMMA to disclose directory information from your cadet's educational records without your prior written consent, you must notify the principal of NOMMA in writing within two weeks after registration each school year.

## RECORDS

NOMMA shall provide for the transfer of cadet school records upon written request by any authorized person on behalf of an education facility operated within any correctional or health facility or, for children in the custody of the state, an education facility operated within any other state-approved facility, whether within or outside the state of Louisiana, where such cadet has become enrolled or is seeking enrollment. The transfer of such records, whether by mail or otherwise, shall occur no later than 10 business days from the date of receipt of the written request. If the cadet has been expelled, the transferred records shall include the dates of the expulsion and the reason(s) for which the cadet was expelled.

No education record of any cadet may be withheld as the result of lack of payment of any fine, debt, or other outstanding obligation. A cadet or his or her parent(s) may inspect the education record of the cadet in accordance with the federal Family Education Rights and Privacy Act. Any cadet seeking admission to NOMMA who has been suspended or expelled from any public or nonpublic school within or outside the state of Louisiana shall provide information on the dates of any suspensions or expulsions and the reason or reasons for which the cadet was suspended or expelled.

## LOCKERS

Cadets in grades 10-12 may rent a locker for a non-refundable $5.00 annual locker rental fee. All cadets participating in athletic or team activities are required to rent a locker to store equipment. The only 9th grade cadets allowed to rent a locker are those who participate in team or athletic activities and have been approved by the team sponsor to rent a locker. All lockers without locks and unassigned lockers will be sealed after the first week of school. No one is allowed to access the lockers during class or lunch time. Lockers may be used between 7:00 AM and the beginning of first hour, before homeroom, in between classes, before and after lunch, and at the end of the day. It is the student's responsibility to check that the lock is properly secured when closed. Remember, if you lose anything from your locker, you are responsible and will be expected to pay for any school property in your locker. NOTE: School administrators may hold periodic inspections of lockers and any illegal or prohibited items will be seized and proper charges will be filed with the legal authorities. Any locks placed on lockers other than the school issued lock will be cut off the locker and disciplinary action will be taken.

## VALUABLES/PERSONAL PROPERTY

Cadets are responsible for the care and custody of personal items. NOMMA cannot assume responsibility for items lost or stolen while at school. NOMMA recommends that valuable items such as cameras, jewelry, money, expensive clothing, etc., be left at home.

## MEDICATIONS

Parents and guardians must deliver all medications (prescription and non-prescription) in an original pharmacy container, sealed and labeled with the cadet's name. The medication must be prescribed by a doctor and accompanied by a doctor's order. The nurse will then hold and administer these medications in the clinic. There are designated and certified 8th grade staff members authorized to dispense medications to 8th graders in the Annex. Those medications first must undergo initial review/approval by the nurse, however, before dispensing. All unlicensed school personnel (USP) authorized to dispense medication do so under the guidance and authority of the school nurse.

Cadets are not allowed to bring medications of any kind to School. Any medication (unless prescribed for emergency conditions as outlined below) found on a cadet will be confiscated and turned over to disciplinary deans for action. Cadets are not allowed to take medications in class or hallways. Emergency medications (e.g. Epi-pens, Inhalers, Glucagon, Diastat, Insulin, etc.) require a doctor's order and a review by the school nurse. The cadet will need to demonstrate proficiency in self-administering these medications before being allowed to keep them on his or her person. Insulin medications must be administered in the Nurse's office due to needle hazards. Parents of cadets with special medical needs requiring an individual health plan (IHP) or an adverse reaction health plan should make contact with the school nurse prior to the start of the school year.

Cadets will be sent home: If a cadet has a fever of 100.4 F or greater, he or she must stay home until fever-free for 24 hours without medications (e.g. Tylenol, IBP, etc). Cadets with contagious diseases, or suspected of having a contagious disease, cannot return to school until cleared by a doctor (e.g. Parents must present a doctor's note with a stated date of return). Cadets experiencing nausea--with confirmed vomiting--must be

sent to the nurse's office immediately. In most cases, cadets with this issue will be required to depart campus with a parent or guardian until the issue is resolved.

Cadets are not permitted to carry prescription or over the counter medications. Any medication left over at the end of the school year must be picked up or it will be discarded. Medication orders must be renewed at the beginning of each school year.

## ELEVATOR USAGE

Use of the school elevator requires a pass given by the school nurse. Students must submit a valid doctor's order mandating the use of the elevator for an illness or injury and the desired duration of time. Students will not allow fellow cadets to ride with them in the elevator unless it is specified that such individuals require a monitor and/or the student requires use of an elevator or crutches. Students abusing the elevator policy or found using it after the expiration of their doctor's orders will be subject to disciplinary action.

## FIRE DRILLS/ SAFETY DRILLS

Fire drills are conducted so that cadets and staff are prepared in the event of a real fire. When an alarm is sounded, all cadets should immediately leave the area as directed by the teacher and proceed to the designated exit. They should walk in an orderly manner to the safety zone; they should turn and face the building while remaining in line, follow the directions of teachers, instructors, and security personnel, and assist teachers in gaining accountability of all students as expeditiously as possible. In case of an obstructed fire drill in which an exit is blocked, the cadets should then proceed to the nearest, safe, alternate exit.

Destructive weather/tornado sheltering drills will be conducted at the discretion of the academy's leadership; however, students and staff will participate in at least one tornado sheltering response drill annually.

Armed intruder drills will likewise be conducted at the discretion of the academy's leadership; however, all staff will participate in at least one simulated armed intruder response drill annually.

## INCLEMENT WEATHER/HURRICANE DAYS

In the event that school must be closed due to severe weather, the announcement of such closing will be made on local television and radio stations as well as on the NOMMA website and official NOMMA Facebook page. The school administration will release this information to the stations early enough in the morning to alert parents of the school closing prior to cadets leaving home for school.

## PROHIBITED ITEMS

Cadets may not bring any item on campus that is a distraction to the educational environment. NOMMA administration has the right to determine these criteria. Prohibited items will be confiscated. This includes but is not limited to blankets, flowers, and toys (e.g. fidget spinners, card games, and stuffed animals.) Only water in a clear bottle is authorized. Any other type of drink will be confiscated and disposed of. Headphones and earbuds are not allowed to be worn in any NOMMA uniform except for an approved academic use. Approved academic use is during an instructional period, under supervision of an instructor, where there is an educational need for their use; or for an approved accommodation as documented on the cadets' individual accommodation plan.

Confiscation of Property: Students should not bring personal property such as radios, electronics, toys, or athletic equipment to school unless permission has been granted by the site administrator or designee. In any case, the school will not be responsible for personal property. The replacement or repair of personal property used at school is the responsibility of the owner. When a student brings personal property to school without permission to do so or if the possession of such property results in the disruption of the educational process, such property may be confiscated. Parents are to contact the school administrator/designee to arrange for the return of confiscated property. Additionally, students may NOT use any electronic devices to take pictures or record other students or any staff members without prior consent. Furthermore, the posting of photos/videos

on any social media site without student and/or staff consent is prohibited. Failure to comply may result in suspension and/or further disciplinary action.

## SAFE SCHOOL PLANNING

NOMMA has established and shall maintain grade-appropriate programs of alcohol, drug and substance prevention, education, information and counseling as provided in R.S.17:404. NOMMA has established a plan, in accordance with Sec. 4114, of the Elementary and Secondary Education Act, for keeping the school safe and drug-free that includes appropriate and effective school discipline policies that prohibit disorderly conduct, the illegal possession of weapons, and the illegal use, possession, distribution, and sale of tobacco, alcohol, and/or other drugs; has established security procedures at school and while cadets are on the way to and from school; has established prevention activities that are designed to create and maintain safe, disciplined, and drug-free environments; has established a crisis management plan for responding to violent or traumatic incidents on school grounds; and has established a Code of Cadet Conduct (and as also required by R.S. 17:416.12 and R.S. 17:416.13) for all cadets that clearly states the responsibilities of cadets, teachers, and administrators in maintaining a classroom environment that allows a teacher to communicate effectively with all cadets in the class; allows all cadets in the class to learn; allows all cadets and school employees to be treated respectfully; has consequences that are fair and developmentally appropriate; considers the cadet and the circumstances of the situation; and, is enforced accordingly.

## SELLING OF ITEMS BY INDIVIDUALS

Permission from the principal is required prior to any sales on campus. Selling any items (including candy) without permission is a suspendable offense.

## DRIVING/PARKING PRIVILEGES

Cadets must complete a Driving and Parking Permission Form and the Cadet Driver Agreement form prior to driving on campus. The form must be completed annually. A driver's license (not a permit), proof of insurance with the cadet's name clearly stated, and $10.00 are needed along with the signed permission form. Parents must complete the form and indicate which cadets are allowed to ride with their cadet to and from school. Cadets will receive a parking permit and must display it while parking on campus. Cadets will park in the designated cadet parking areas. Cadets will be assigned a space either in the parking lot closest to the levee or in the parking lot beside the cafeteria, near the levee. Cadets are not authorized to wait in their cars or loiter in the parking lot, and they must exit their vehicles promptly and enter school as part of the arrival to school procedures. Cadet drivers must have parent permission to have other cadets as passengers in their vehicle. In addition, cadet passengers must have parental permission to ride with a cadet driver.

If there is a temporary change to a cadet's driving status, such as driving a different car to school, he or she must get a temporary parking permit from the front office.

A parent or guardian must contact the school via email, note, or a phone call to allow a student with driving privileges to check out during school hours.

Cadets should lock and secure valuables in their car. NOMMA is not responsible for lost, stolen, damaged property.

Please note that all other areas in or near Federal City, including the Subway restaurant parking lot, are not approved parking areas and cadets are not allowed to park there during the school day. Parking in unauthorized areas may result in vehicle booting or towing at the owner's expense according to Algiers Development District policy.

Failure to follow any driving and parking procedures will result in the revocation of the parking permit, fines, booting of vehicles, and/or disciplinary action. All traffic laws should be followed. The speed limit in Federal City is 20 mph unless marked otherwise.

# TECHNOLOGY/INTERNET SAFETY POLICY

It is the policy of New Orleans Military and Maritime Academy to: (a) prevent user access over its computer network to, or transmission of, inappropriate material via internet, electronic mail, or other forms of direct electronic communications; (b) prevent unauthorized access and other unlawful online activity; (c) prevent unauthorized online disclosure, use, or dissemination of personal identification information of minors; and (d) comply with the Children's Internet Protection Act [Pub. L. No. 106-554 and 47 USC 254(h)].

## ACCESS TO INAPPROPRIATE MATERIAL

To the extent practical, technology protection measures (or "internet filters") shall be used to block or filter the internet, or other forms of electronic communications, access to inappropriate information.

Specifically, as required by the Children's Internet Protection Act, blocking shall be applied to visual depictions of material deemed obscene or child pornography, or to any material deemed harmful to minors.

Subject to staff supervision, technology protection measures may be disabled for adults or, in the case of minors, minimized only for bona fide research or other lawful purposes.

## INAPPROPRIATE NETWORK USAGE

To the extent practical, steps shall be taken to promote the safety and security of users of the New Orleans Military and Maritime Academy online computer network when using electronic mail, chat rooms, instant messaging, and other forms of direct electronic communications.

Specifically, as required by the Children's Internet Protection Act, prevention of inappropriate network usage includes: (a) unauthorized access, including so-called 'hacking,' and other unlawful activities; and (b) unauthorized disclosure, use, and dissemination of personal identification information regarding minors.

## EDUCATION, SUPERVISION AND MONITORING

It shall be the responsibility of all members of the New Orleans Military and Maritime Academy staff to educate, supervise, and monitor appropriate usage of the online computer network and access to the internet in accordance with this policy, the Children's Internet Protection Act, the Neighborhood Children's Internet Protection Act, and the Protecting Children in the 21st Century Act.

Procedures for the disabling or otherwise modifying any technology protection measures shall be the responsibility of New Orleans Military and Maritime Academy or designated representatives.

The New Orleans Military and Maritime Academy or designated representatives will provide age-appropriate training for students who use the school's internet facilities. The training provided will be designed to promote the school's commitment as outlined below:

The standards and acceptable use of Internet Services as set forth in the New Orleans Military and Maritime Academy's Internet Safety Policy;

a. Student safety with regard to:

    i. safety on the internet;

    ii. appropriate online behavior, on social networking websites and in chat rooms

    iii. cyber bullying awareness and response.

b. Compliance with the E-rate requirements of the Children's Internet Protection Act

Following receipt of this training, the student will acknowledge that he/she received the training, understood it, and will follow the provisions of the school's acceptable use policies.

## CADET AND PARENT AGREEMENT FOR THE ACCEPTABLE USE OF THE NOMMA COMMUNICATIONS SYSTEM

Cadets may be given access to NOMMA's electronic communications system for educational purposes. The electronic communications system includes the following: NOMMA's network, servers, computer workstations, applications, databases, library catalog, online resources, internet access, email and any other technology designated for use by cadets.

With this opportunity comes the responsibility of proper use. Inappropriate use will result in the consequences listed below, which may include the loss of the privilege to use these educational tools.

Internet access is part of NOMMA's electronic communications systems. It is possible that in the course of completing classroom assignments that cadets may come across possibly objectionable material. While NOMMA uses filtering technology and protection measures to restrict access to such material, it is not possible to absolutely prevent such access. It will be the cadet's responsibility to follow the rules for appropriate and acceptable use.

**RULES FOR APPROPRIATE USE**

1. Cadets must only open, view, modify, and delete their own computer files, unless they have specific permission from a teacher or staff member to do otherwise.

2. Internet use at school must be directly related to school assignments and projects.

3. Cadets may be assigned an individual account and must only use those accounts and passwords that they have been granted permission by NOMMA to use. All account activity should be for educational purposes only.

4. All cadets must assume personal responsibility to behave in an ethical manner even when technology provides them the freedom to do otherwise.

**INAPPROPRIATE USES**

1. Using NOMMA's electronic communications system for illegal activities.
2. Disabling, bypassing, or attempting to disable or bypass any system monitoring, filtering or other security measures. This includes the use of a proxy server or any other means to bypass security monitoring.
3. Sharing your username or password with others or borrowing someone else's username, password, or account access.
4. Purposefully opening, viewing, using, or deleting files belonging to another person without permission.
5. Electronically posting personal information about yourself or others, such as addresses, phone numbers, pictures, etc.
6. Downloading or plagiarizing copyrighted information without the permission of the copyright holder.
7. Intentionally introducing a virus or other malicious programs onto NOMMA's system.
8. Electronically posting messages or accessing materials that are abusive, obscene, sexually oriented, threatening, harassing, damaging to another's reputation, or illegal.
9. Wasting or abusing school resources through unauthorized system use.
10. Gaining unauthorized access to restricted information or network resources.
11. Damaging school technology physically or programmatically.

**CONSEQUENCES FOR INAPPROPRIATE USE**

1. Suspension of access to NOMMA's electronic communications system.

2. Revocation of NOMMA's electronic communications system account(s);

3. and/or other appropriate disciplinary or legal action in accordance with the Cadet Code of Conduct and applicable laws.

**CELL PHONE AND COMMUNICATION DEVICE POLICY**

I-Pods, MP3 players, portable speakers, and gaming devices are not allowed on campus at any time. Cell phones may be used before and after school only. Cell phones must be turned in to the first hour teacher every day. Cadets who fail to comply with this policy will have their personal electronic device confiscated by their teacher, campus security, counselor, or an administrator.

- Upon the first confiscation, the student will be warned and possible disciplinary action taken, a notation will be made in the student's discipline file, and the student's administrator will return the device to the student after school.
- Upon the second occurrence, the device will be confiscated and will be held for 2 school days. After that time, the device will be returned during a parent conference.
- Any further occurrence violating this policy will result in confiscation for 10 school days and further disciplinary action, including (but not limited to) detention, and/or suspension.

NOMMA is not responsible for lost or stolen items when cadets do not follow the cellphone and communication device policy.

Additionally, students may NOT use any electronic devices to take pictures or record other students or any staff members without prior consent. Furthermore, the posting of photos/videos on any social media site without student and/or staff consent is prohibited. Failure to comply may result in suspension and/or further disciplinary action.

# EXTRA CURRICULAR ACTIVITIES

## ATHLETICS

New Orleans Military and Maritime Academy is a member of the Louisiana High School Athletic Association (LHSAA) and as such, cadet athletes must meet LHSAA eligibility requirements to participate in athletic events. These requirements are provided annually to cadets in the athletic handbook. In addition to LHSAA regulations for participation, NOMMA does not permit participation in athletic or extra-curricular events to any cadet with a failing grade in any class on a report card. Academic probation includes non-participation from practice and competitions. NOMMA staff members are ready to support athletic competition in the following sports: baseball, basketball, cross country, rugby, soccer, softball, track and field, and wrestling. Additional sports may be added based on cadet interest and staff ability to support.

All team and athletic practices start after 3:45 PM in order to allow all students to attend tutoring. Cadets participating in athletics or team activities should attend tutoring or go to the designated team homework areas between the end of school and the beginning of practice.

Students participating in athletics or other team and club activities are required to use a locker to store equipment and/or bags. Cadets are not permitted to carry sporting equipment or bags not made out of mesh/see through material from class to class.

For more information regarding NOMMA athletics, contact the athletic director.

### SOCIAL EVENTS

All social events scheduled by NOMMA shall be approved by the school principal. NOMMA approved adult chaperones must be present at these functions. Cadets who fail to conduct themselves properly or are in violation of NOMMA Dress Code and Grooming Standards at any social event will be asked to leave and will be subject to Cadet Code of Conduct. All extracurricular activities (sponsored by or held in the school) are considered to be learning experiences and must be controlled by school personnel.

**FIELD TRIPS AND COMPETITIVE ACTIVITIES**

Any cadet who is a participant or spectator at an event related to NOMMA is expected to follow the Cadet Code of Conduct. All participants must remain within NOMMA Dress Code and Grooming Standards at all times. Cadets will not be allowed to participate in field trips or athletic/MCJROTC competitions if they earned an out of school suspension or an F during the previous grade reporting period.

Sponsors shall verify that each cadet submits a permission form signed by the parent/guardian prior to leaving on the trip. If the parent refuses to give permission, the cadet does not participate. Sponsors and chaperones are entrusted to support and enforce the rules and regulations as outlined in the cadet handbook including dress code requirements.

**ORGANIZATIONS**

Clubs and organizations covering many topics of interest may be offered to allow cadets the opportunity to grow and develop socialization and leadership skills. All clubs and organizations must be curricular-focused and have an approved school sponsor. Membership in these clubs, subject to scholastic qualifications, is open to all cadets. Cadets in leadership positions and cadets who participate in extracurricular activities, on or off campus, are subject, at all times, to school and association policy regarding participation.

# CADET FEES

Payments for fees are made in the front office via cash or check made payable to NOMMA. All fees must be paid when upon request before services are rendered. The following is a list of student fees for reference:

- Parking permit $10.00 annual fee (see Driving Privileges)
- Locker rental $5.00 annual fee (see Lockers)
- Lost or stolen laptop computer replacement fee:
    - Chromebook Computer: $350.00
    - Chromebook Charger: $50.00
    - Windows Computer: $500.00
    - Windows Charger: $50.00
- Malicious/Intentional damage to computer equipment:
  **All malicious or intentionally damaged system repairs require a $50.00 service fee**
    - Battery: $25.00
    - LCD Display: $60.00
    - Palmrest: $10.00
    - Keyboard: $15.00
- ID replacement $5.00
- Cadet Handbook replacement $5.00
- RTA bus pass replacement $50.00
- Athletic/club fees may vary. Contact the sponsor for more info.
- Class dues vary by grade level voted on and implemented by student grade level representatives.
- JROTC uniform replacement varies depending on item lost, stolen, or damaged. Price lists are available in the front office and are included in the Parent/Cadet sign off Sheets package.

- Copies of records $1.00 for the first page, $.50 for each additional page (see Copies of Records).
- Transcripts- One transcript of a cadet's grades will be provided without charge at the time of graduation, with each additional copy provided at a cost of $ 5.00 each. Mailing costs are extra fees for any record request.

Cadets are responsible for any and all applicable fees at time of request. If you believe your family qualifies for an Economic Hardship Waiver, please contact the grade level counselor. Examples of families facing economic hardship include, but are not necessarily limited to, families receiving unemployment benefits or public assistance, including Temporary Assistance for Needy Families (TANF), Supplemental Nutrition Assistance Program (SNAP), Supplemental Security Income (SSI) or Medicaid; foster families caring for children in foster care; and families that are homeless. After submitting an economic hardship waiver, parents will be notified by October 1; or, within ten (10) days if submitted after October 1, of a decision to waive all, portion, or none of the school fees.

All records and documents associated with fee assistance requests are confidential. The parent/guardian will be notified of the assistance decision in writing and/or by phone, via the contact information that you provide on this form. NOMMA may ask parents and guardians who do not meet the criteria above to provide additional documentation supporting their requests for a reduction or waiver of student fees. If a parent/guardian disagrees with the denial of assistance they may appeal the decision to the Commandant, in writing, within five (5) days of notice of the decision.


# POSITIVE BEHAVIOR INCENTIVES AND SUPPORT (PBIS)

An integral part of the cadet conduct of conduct is the PBIS. In order to assure classroom management using positive behavioral supports and effective disciplinary tools, NOMMA will identify data-driven academic, career and technical, discipline/behavioral performance results in the School Improvement Plan (SIP). NOMMA will establish and use a school-based leadership team to meet on a regularly scheduled basis to review data and guide the positive behavior process. This leadership team shall, to the extent possible, include representatives of the school administration, both regular and special education teachers, parents, school counselors, and school bus operators (It may also include other groups, e.g., food services workers).

Each teacher at NOMMA shall develop lesson plans and teach expectations across each school setting by providing direct instruction on expected behaviors at the beginning of the school year and reinforcing those expectations throughout the year for all cadets. NOMMA shall design programs for cadets with special needs so that the cadets are challenged and engaged in school curriculum and are appropriately placed so they remain in school rather than being suspended/expelled or becoming drop-outs.

The PBIS system is designed to provide an effective environment for teaching and learning, as well as improve life-long skills for the family and the community. Family support is the key factor for success of a positive behavior support plan. NOMMA is committed to this program.

In addition to the merit system, the school will also enforce a demerit system. Cadets of NOMMA must be held to high standards of behavior and conduct. Notwithstanding the duty and responsibility of each teacher to manage their respective classrooms, the administrative compliance program is an additional tool available to ensure the highest standards of conduct for our cadets.

The goal of the administrative compliance program is to reinforce positive behavior and take corrective action for negative behavior/conduct. As well, cadets are expected to uphold the highest standards of ethical conduct. They are expected to respect each other, the Academy staff, the building, and its contents.

The academy shall establish a compliance guideline that rewards positive behavior and addresses misbehavior. These guidelines are the foundation of the Academy merit/demerit systems which will include the following:

- Uniform/Appearance Standards
- Academic Standards
- Physical Training Requirements
- Cadet Rank Structure
- Activity Participation Requirements
- Chain of Command
- Positions and Responsibilities
- Cadet Promotion Criteria

## MERIT/DEMERIT PROCESS

NOMMA's program includes awarding merits and demerits that may impact promotion status within the Corps of Cadets and participation in extracurricular activities or special details/events. All NOMMA faculty may award cadets merits or demerits based on their observations of the cadets' performance. When assigning merits or demerits, the faculty member should notify the cadet of the planned consequence and route the assignment to the MCJROTC Dept. so they can be logged into the cadet records management system.

## MERITS

Positive reinforcement through awarding merits for exceptional and/or extra effort is a key part of the PBISS. Any member of the academy staff, whether instructional or non-instructional, may complete a memorandum for record to the principal or commandant detailing a cadet action that deserves extra attention.

The SMI/MI will, at a minimum, periodically conduct a written counseling session with each cadet detailing the positive behavior for which a cadet is being recognized. Accumulated merits may result in significant positive consequences, including but not limited to:

- Letter of Commendation
- Cadet of the Quarter/Year nomination
- Cadet NCO of the Quarter/Year nomination
- Early Promotion
- Plaque/Awards/Medals/Coins
- Field Trips
- Special Uniforms and/or Uniform Accoutrements

## DEMERITS

Just as positive behavior/ exceeding expectations earns merits, incorrect or improper behavior or failing to meet expectations results in demerits. Penalties for accumulated demerits may include any combination of the following:

- Written Counseling
- Extra Military Instruction (EMI)
- Loss of Privileges
- Removal from sports or clubs
- Reduction of Rank
- Denial of Promotion

## EXTRA MILITARY INSTRUCTION (EMI) (Assigned by JROTC Staff)

Cadets may be assigned EMI, which is designed to correct behavior before it is referred to the deans for disciplinary action. Three types could be issued:

- Cadets with constant school uniform or grooming infractions or a demonstrated inability to maintain a proper uniform may be inspected throughout the day, or after school, by their JROTC instructor or Cadet

Leaders, over and above the normal inspection schedule. This will ensure the cadet understands the correct uniform.

- Cadets who are often tardy or who cut classes may be directed to report to the Dean of Students or designee on a particular schedule for a prescribed amount of days. Failure to report as scheduled will be considered willful disobedience and subjected to detentions or suspensions.

- Cadets with general school misbehavior issues that would call for detention could serve after-school EMI, during which a cadet would receive 45 minutes of additional JROTC instruction.

## ANTI-BULLYING POLICY

Respect for the dignity of others is a cornerstone of civil society. Bullying creates an atmosphere of fear and intimidation, robs people of their dignity, detracts from the safe environment necessary to promote cadet learning, and will not be tolerated by the faculty, staff, and administration of NOMMA. Cadets who bully another person shall be held accountable for their actions whether it occurs on the school grounds; off the school grounds at a school sponsored or approved function, activity, or event; going to or from school or a school activity in a school vehicle or school bus; or at designated bus stops.

### *Definition*

Bullying is any behavior or pattern of behavior by a cadet, or a group of cadets, that is intended to harass, intimidate, ridicule, humiliate, or instill fear in another child or group of children. Bullying also includes unacceptable behavior identified in this policy which is electronically transmitted. Bullying behavior can be a threat of, or actual, physical harm or it can be verbal abuse of the child. Bullying is a series of recurring actions committed over a period of time directed toward one cadet or successive, separate actions directed against multiple cadets. Bullying, like other disruptive or violent behaviors, is conduct that disrupts both a cadet's ability to learn and the school's ability to educate its cadets in a safe environment.

Examples of "bullying" may include but are not limited to a pattern of behavior involving one or more of the following:

- Sarcastic "compliments" about another cadet's personal appearance

- Pointed questions intended to embarrass or humiliate

- Mocking, taunting, or belittling

- Non-verbal threats and/or intimidation such as "fronting" or "chesting" a person

- Demeaning humor relating to a cadet's race, gender, ethnicity, sexual orientation, or personal characteristics/mannerisms

- Blackmail, extortion, demands for protection money or other involuntary donations or loans.

- Blocking access to school property or facilities.

- Deliberate physical contact or injury to person or property.

- Stealing or hiding school belongings.

- Threats of harm to cadet(s), possessions or others and/or.

- Cyber-bullying

- Gestures, including but not limited to obscene gestures and making faces

- Repeatedly and purposefully shunning or excluding from activities; and where the pattern of behavior as provided above is exhibited toward a Cadet, more than once, by another Cadet or group of Cadets and occurs, or is received by, a Cadet while on school property, at a school sponsored or school related function or activity, in any school bus or RTA, at any designated school bus stop, in any other school or private vehicle used to transport Cadets to and from schools, or any school sponsored activity or event

"Bullying" is conduct that meets all of the following criteria:

- Is directed at one or more pupils

- Substantially interferes with educational opportunities, benefits or programs of one or more pupils

- Adversely affects the ability of a pupil to participate in or benefit from the school's educational programs or activities because the conduct, as reasonably perceived by the pupil, is so severe, pervasive, and objectively offensive as to have this effect.

## Expectations of Conduct

Demonstrating appropriate behavior, treating others with civility and respect, and refusing to tolerate bullying is expected of all administrators, faculty, staff, and volunteers. These individuals are expected to provide positive examples for cadet behavior.

Cadets are expected to conduct themselves in a manner in keeping with their levels of development, maturity, and demonstrated capabilities with a proper regard for the rights and welfare of others. NOMMA will provide an atmosphere that encourages cadets to grow in self-discipline. The development of this atmosphere requires respect for self and others, as well as school and community property on the part of cadets, staff and community members.

NOMMA believes that the best discipline is self-imposed and that it is the responsibility of staff to use disciplinary situations as opportunities for helping cadets learn to assume responsibility and the consequences of their behavior. Staff members shall apply practices designed to prevent bullying and encourage cadets' abilities to develop self-discipline.

## Remedial Measures and Consequences

Remedial measures shall be designed to correct the problem behavior, prevent another occurrence of bullying, and protect the victim of the act. Remedial measures may be applied in response to a credible "Informal Bullying Report."

## Examples of Personal Remedial Measures include:

- Temporary removal from the classroom or activity

- Individual counseling to assist the misbehaving cadet to find a better way to solve a problem or meet a goal

- Corrective instruction

- Parent conferences

- Participation in a peer support group

- Restitution to the injured party
- Implementation of a behavioral management plan, with benchmarks that are closely monitored
- Referral to external therapy

**Examples of Environmental Remedial Measures include:**

- School and community surveys to determine the conditions contributing to a bullying atmosphere
- Adoption of systemic bullying prevention programs
- Modifications of cadet schedules
- Adjustments in hallway traffic
- Targeted use of monitors (e.g., hallways, cafeteria, buses, locker rooms, restrooms)
- Professional development programs for staff
- Whole-class instruction on anti-bullying strategies

Corrective actions for a cadet who commits an act of bullying shall be unique to the individual incident and will vary in severity according to the nature of the behavior, the developmental age of the cadet, and the cadet's history of problem behaviors or pattern of bullying reports. Disciplinary consequences for bullying may, therefore, not necessarily conform to the "Infraction Consequences" for other level 1and 2 offenses. Each formal complaint of bullying will be dealt with individually.

Consequences will be applied in response to a formal complaint of bullying that is substantiated. Remedial measures may also be applied in addition to disciplinary consequences.

**Examples of Disciplinary Consequences:**

- After-school detention
- Saturday Detention
- In-school detention
- Out-of-school suspension
- Recommendation for an expulsion hearing
- Legal action

**Complaints of Bullying, Investigation of Complaints, and Corrective Action Procedures**

The Military/Maritime Academy requires the principal's designee, normally the dean of students, to be responsible for investigating complaints alleging violation of this anti-bullying policy. All school employees are required to report alleged violations of this policy. All other members of the school community (cadets, parents, volunteers, and visitors) are encouraged to report any act that may be a violation of this policy to their grade level counselor.

Informal reports may be made anonymously via school-wide "drop boxes," but a formal report that could result in disciplinary action may not be based solely on the basis of an anonymous report. Informal, anonymous reports will be discussed in confidence with a school counselor, who will then decide if remedial measures are appropriate; or, if the severity of the bullying action(s) and the reliability of the report require a formal report and subsequent investigation.

The counseling department will institute and coordinate remedial measures for less severe incidents or not fully-substantiated reports of bullying. Any member of the leadership team may also direct or implement remedial measures. The counseling department and the leadership team members may, at their discretion, notify parents of either the complainant and/or the accused of an informal complaint of bullying.

School counselors will refer serious reports of suspected bullying as formal reports to the dean of students. Formal reports will be documented using the Bullying Report form. The counseling department will not implement disciplinary consequences.

Formal reports may also be made by any member of the school community and should be submitted to the counselor. Formal reports may not be anonymous, but all efforts will be made to increase the confidence and trust of the cadet complainant. Any adult staff member may draft a formal complaint based on a verbal complaint of a cadet complainant. Formal complaints shall set forth the specific acts, conditions, or circumstances alleged to have occurred that may constitute bullying.

Upon receipt of a formal report, the principal's designee, usually the dean of students, serves as the investigating official. At this point, parents of the cadet complainant(s) and accused(s) cadets will be notified of the formal complaint.

The staff shall encourage cadets to support other cadets who walk away from these acts, constructively attempt to stop these events, or report them to an adult.

The investigator will conduct follow-up interviews with all confirmed victims of bullying to ensure that the intimidating and/or harassing behavior has ceased. The investigating official shall investigate a written, formal report of bullying. She/he shall write a written report including all relevant information (interviews, witnesses, etc.) and an opinion as to whether or not an incident or incidents did occur. If a determination of bullying is reached, the investigating official will make a recommendation to the principal's designee of corrective action (remedial and/or disciplinary consequences). The principal's designee will communicate in writing to the complainant and the accused bully within five school days of completion of the investigation, stating the findings of the investigation and any corrective action planned by the school

Corrective actions (remedial measures and/or disciplinary consequences) will be implemented as quickly as possible, unless the accused is appealing the imposition of discipline (i.e., expulsion) and the school is barred by due process consideration or a lawful order from imposing the discipline until the appeal process is concluded.

### Additional Policy Provisions:

Cadets will annually be provided with age-appropriate information on the recognition and prevention of bullying. Cadets will annually be provided the procedures by which they may file an informal or formal complaint.

School staff will annually be provided copies of this policy and procedures for recognition, prevention, and reporting of bullying. Parents will annually be provided copies of this policy and procedures for recognition, prevention, and reporting of bullying. Both cadet complainants and cadet witnesses may have a parent or trusted adult with them, if requested, during any investigatory activities.

Anti-retaliatory provisions will be fully implemented, to wit: An act of reprisal or retaliation will be considered bullying; a formal complaint will be initiated with all subsequent required actions (remedial measures and/or disciplinary consequences). Falsely accusing another of bullying will also be considered bullying; an informal or formal complaint will be initiated with all subsequent required actions (remedial measures and/or disciplinary consequences). Since bystander support of bullying can support these behaviors, the school prohibits both active and passive support for acts of bullying. Cadets who actively or passively support acts of bullying may receive disciplinary sanction for a level 2 offense, "aiding and abetting or encouraging others to violate school rules."

# DISCIPLINE

NOMMA cadets must follow the procedures, rules, and guidelines outlined in the Cadet-Parent handbook and the MCJROTC guidebook. This includes the NOMMA General Orders, Cadet Code of Conduct, and the Cadet Creed. NOMMA follows a progressive discipline plan. When a cadet earns additional consequences, the penalty may be more severe. NOMMA reserves the right to apply more or less severe consequences as deemed appropriate by the administration. NOMMA retains the right to use disciplinary discretion. NOMMA administration may refer cadets to Youth Opportunity Center (YOC), Families in Need of Services (FINS), Student Hearing Office (SHO) or other third-party support groups as deemed appropriate by the administration.

## DISCIPLINE & DUE PROCESS POLICY

Every cadet at NOMMA has the right to full due-process procedures as they relate to the adjudication of discipline issues.   Parents and cadets will be advised as to their options during the due process hearing.

Discipline Due Process for Cadets with Disabilities is provided under the heading Special Programs, sub-section "Discipline Due Process and Procedures for Cadets with Disabilities". The following is a brief description of the discipline procedures for cadets receiving referrals:

1. The principal or designee will meet with the cadet. At this meeting, the cadet will be advised of the behavior infraction and given the opportunity to explain his or her version of the facts.
2.  If, after the cadet meeting, the principal still chooses to suspend the cadet, the principal or designee will contact the cadet's parent/guardian by phone, email, or mail. The principal will give notice of the suspension, the length of the suspension, the reason for the suspension, the appeals process, and the date of the readmission conference. The principal must attempt to give this information to the parent/guardian in writing.
3. If a minor, the cadet shall remain in school until the end of the school day unless released into the care of his/her parent/guardian. However, if the cadet poses a danger to himself/herself or others, the principal may remove the cadet from the school immediately. After the cadet's removal, the school will follow the regular suspension process as soon as is practicable. No cadet shall be sent home without the school properly documenting the reason for the suspension.
4. If a cadet has been suspended, the cadet is expected to make up missed work and may earn a maximum possible grade of 80. Work will not be provided during an out of school suspension. Seven days is allowed to complete make-up work. A failing grade will be entered until the makeup work has been completed and turned in to the teacher.
5. Before a minor cadet returns to school, the parent/guardian (or their predetermined adult designee) must participate in the scheduled readmission conference. This conference can be held in person or by phone. If a parent refuses to respond, the principal may choose not to readmit the cadet until the parent, guardian, or other adult designee responds, and the school social worker may refer the cadet to Municipal Court for truancy. If it is the cadet's first suspension of the school year, the principal may readmit the cadet if it is in the best interest of the cadet, even if the parent does not attend the readmit conference.

## NOMMA Appeals Process

Any suspension can be appealed to the Commandant. This appeal must be in writing and must be submitted prior to the beginning of the sanction period. In the interim of the appeal and depending on the severity of the situation, the cadet may be allowed to attend school but will be placed in PASS until the outcome has been determined. The Commandant serves as the hearing officer of last resort. The Commandant's decision on the appeal is final.

## Level 1 Offenses

Documented counselings, detentions or motivation assignments will be issued for level 1 offenses. Repeated level 1 offenses may result in stricter disciplinary action. After School detention(s) may be issued by any staff member or administrator for the following violations:

- Boarding and deboarding school transportation at incorrect stop
- Horseplay/foolish behavior
- Entering an off-limits or restricted area
- Eating/drinking during prohibited times
- Dress code violation
- Not having proper materials or supplies for class
- Not participating in class
- Not wearing required clothing for physical training
- Littering
- Failing to do or complete homework
- ID violation, not wearing
- Engaging in inappropriate public displays of affection (holding hands, kissing, hugging, etc.)
- Talking in class at inappropriate times
- Disrespect towards a cadet
- Inappropriate body language (slouching, rolling of eyes to a teacher, etc.)
- Inappropriate language or behavior
- School/Classroom procedures not followed
- Spitting
- Tardy to class
- Throwing objects
- Any other infraction that is deemed similar in severity to other level 1 offenses

## Level 2 Offenses

The following are serious more disruptive and harmful offenses, and warrant stricter disciplinary sanctions including loss of privileges, multiple administrative detentions, Saturday Detention(s), PASS, and Out of School Suspension.

- Aggressive verbal behavior
- Assisting or encouraging others to violate school rules
- Being in an unauthorized area without permission
- Bullying/cyber bullying*
- Causing bodily harm requiring medical attention*
- Cell Phone Violation
- Computer violation
- Damage or destruction of school or public property, including school ID, calculators, and laptops
- Damage or destruction of uniforms to include writing on boots, misuse of uniforms
- Drawing/writing inappropriate items
- Dangerous behavior that risks safety to self or others.
- Disrespect for authority
- Disrupting class
- Engaging in any conduct that disrupts the school environment, educational process or endangers the safety of others
- Habitual tardiness
- Extortion, harassment of a sexual or non-sexual nature, or intimidation of a cadet, school employee, or other individual attending a school activity*
- Failure to comply with instructions during safety drills
- Failure to follow bus rules and procedures
- Failure to follow NOMMA procedures
- Failure to get haircuts, hair color, or hairstyle violations
- Failure to serve teacher's assigned detention
- Fighting *
- Gambling
- Graffiti
- Headphones/earbuds in uniform
- Inappropriate behavior in assemblies, formations, or field trips

- Inappropriate physical contact
- Instigating or provoking a fight
- Integrity violation- cheating, plagiarism, forgery, dishonesty, withholding the truth
- Leaving campus without permission; skipping school
- Loitering
- Making an unfounded charge against authority
- Off campus uniform violations (Includes not wearing cover outside)
- On campus uniform or grooming violation
- Possession of electronic cigarettes, tobacco, lighters or other smoking paraphernalia
- Possession of prohibited items
- Propping open exterior doors
- Recording a fight or other inappropriate behavior
- Sharing with others or posting inappropriate behavior to social media
- Skipping class/school
- Solicitation or intent to sell products on campus without permission, including candy
- Stealing (to include possession of missing items)
- Unsportsmanlike conduct as a participant or spectator at an athletic event
- Use of profanity and/or inappropriate public behavior (including obscene gestures/words)
- Verbal, non-verbal, or written threat towards anyone (including electronic)
- Violation of fire regulations including pulling a fire alarm or using a fire extinguisher without the presence of a fire
- Any other infraction that is deemed similar in severity to other level 2 offenses

*May result in a referral to the OPSB Cadet Hearing Office or recommendation for expulsion.

**Level 3 Offenses**

The following behaviors are very serious and will result in a recommendation to be expelled from NOMMA.

- Assault (threat) of an individual with a dangerous substance or implement
- Assault or threat with a weapon
- Being under the influence of any controlled dangerous substance governed by the Uniform Controlled Dangerous Substance Law, or any prescription drug not prescribed to the accused cadet, or any chemical substance that affects the central nervous system and produces stimulant, depressant, euphoric, or hallucinogenic effects to the mind or body
- Carrying, possessing, or using a firearm, knife with a blade of two inches or longer, or any other instrument the purpose of which is lethal force.
- Distributing, selling, giving, or loaning any controlled dangerous substance governed by the Uniform Controlled Dangerous Substance Law, or any prescription drug.
- Engaging in consensual sexual acts on school property or at any activity of which the school has jurisdiction.
- Engaging in non-consensual exposure of body parts in a sexual manner to another.
- Engaging in cadet-initiated intentional physical altercation with a member of the school staff.
- Intentional battery or assault on any individual using a weapon or which causes serious, documentable injury that necessitates medical care.
- Possessing any controlled dangerous substance governed by the Uniform Controlled Dangerous Substance Law, or any prescription drug, or unmarked medication.
- Possession or use of any implement/substance with the ability to seriously harm another person.
- Robbery of an individual on school property or at any activity of which the school has jurisdiction.
- Sexual assault and other sexual acts where one party is non-consenting.
- Sharing sexually explicit material, including through the use of an electronic device.
- Theft of school property or the personal property of individuals on school property or at any activity of which the school has jurisdiction.

- Unauthorized entry of school property, or any space which the school has jurisdiction, with evidence of theft or vandalism.
- Well-documented and on-going behaviors that threaten, intimidate, or bully another
- individual, including the use of any electronic device to threaten, intimidate, or bully.
- Well-documented and ongoing commission of serious acts that threaten the safety of others.

**End of year Offenses**

Behavior offenses at the end of the school year may result in consequences to be administered over the summer or at the beginning of the next school year.

## INTERVENTIONS/CONSEQUENCES

**Classroom Management Systems -** Before a discipline referral is written to the dean of students, teachers will follow their own classroom management plan that is aligned with school policy and procedures. This plan includes interventions that are meant to change inappropriate classroom behavior. Some infractions are serious enough to warrant a discipline referral on the first offense.

**Motivation Assignment or Teacher Assigned Detention -** Any staff member may issue his or her own detention or motivation assignment to penalize a cadet for classroom misconduct, for not being prepared for class, or for being tardy to class. A teacher's detention will be served at a time deemed appropriate by the teacher. A motivation assignment must be completed and turned in to the teacher at the teacher's request. Individual teachers determine the length of the detention.

**Administrative Detention or Extra Military Instruction (EMI) -** Administrative Detentions and Extra Military Instruction are interventions for level 1 and level 2 behaviors. Parents will be notified when the cadet receives an after school detention. They are to report directly to the assigned detention room and will follow the rules of the detention supervisor. No cadet will be allowed in detention after 3:10 p.m. After 3:10 p.m. the cadet will be considered late and will not be admitted. Cadets who fail to report will receive additional sanctions.

**Saturday Detention** - Students may be assigned a Saturday detention for level 1 or level 2 offenses including but not limited to the following reasons: tardy to school, tardy to class, dress code violations, failure to wear your ID, or failure to serve a detention assigned by a teacher. Saturday detentions are assigned by the dean of students. If a student receives a Saturday detention, he or she must report at the designated time on the designated Saturday. Saturday detentions will be 3 hours. Breakfast and lunch are not served during Saturday detention. Failure to report to Saturday detention may lead to an out of school suspension and a mandatory parent conference.

**Check In/Check Out -** Check In/Check Out is a Tier II behavior intervention plan designed to work with cadets who have continuing behavior issues. As needed, cadets will check in and out with a predetermined faculty member at times appropriate to support the cadet.

**Loss of Privileges -** Cadets with behavior concerns may lose school privileges to include but not limited to: athletics, clubs, field trips, school dances, graduation ceremony, awards banquets, or other school functions. Administration will make the determination if a cadet loses out on privileges and notify the parents.

**Restoration Room -** When a cadet is removed from class for disruptive behavior, he or she may be sent to the Restoration Room. The cadet may return to class at the discretion of the dean of students.

Additional consequences may apply. The dean of students will work with the referring teacher to determine if any further sanctions are warranted.

**Positive Alternative to School Suspension** - PASS is designed to provide cadets who violate the NOMMA Code of Conduct and engage in suspendable offences an opportunity to remain in school and, through counseling and education that focuses on changing behaviors, make academic progress.

**Out of School Suspension -** A cadet may be suspended in accordance with the discipline policy of NOMMA. Any cadet who is suspended from school may not participate in any school activity or be present on school property. OSS may be given for level 2 offenses or multiple level 1 offenses.

After any OSS, a parent meeting with one of the discipline staff (or a designee) must occur before the cadet re-enters school.  Failure to appear will result in the cadet being sent to PASS until the parent comes for the conference.

**Senior Suspension Policy -** Any senior cadet committing a suspendable offense during the  semester 2 will NOT be allowed to participate in the Graduation Ceremony.

**Expulsion from School -** The NOMMA leadership team will work closely with parents before a cadet is expelled. A level 3 offense is very serious. An accumulation of suspensions is, likewise, a serious matter. On the fourth suspension for any reason, a recommendation for expulsion can be made. The sanctions of expulsion and suspension are driven by state law (LA R.S. 17:416). NOMMA is located in Orleans Parish, as such, the OPSB Student Hearing Office conducts all hearings for students that are recommended for expulsion from NOMMA. The Student Hearing Office adheres to a common expulsion policy that will be provided by the Student Hearing Office, should your child be recommended for expulsion.

# DISCIPLINE DUE PROCESS AND PROCEDURES FOR CADETS WITH DISABILITIES

**I.** Overview of Procedural Safeguards

A. General. Disciplinary actions give cadets with disabilities extra legal protections when the discipline constitutes a change in placement. If a cadet violates the Cadet Code of Conduct, before consequences or punishment are imposed, the principal/designee must consider whether the cadet:

- Has an IDEA or Section 504 disability; or
- Is a cadet who is "suspected of having disability"

While all cadets may be disciplined, the placement of cadets with disabilities cannot be "changed" when the offense is directly and substantially related to his/her disability *or* when the IEP or Section 504 plan is not implemented, except in the case of emergency circumstances (drugs, weapons, significant bodily injury). See Section II for more information about emergency circumstances.

B. Determining Change in Placement. A change in placement is a legal term that applies to the situations described below. A cadet's school suspension that occurred in a LA local education agency (LEA) during the same school year of transfer into another LA LEA "counts" and is added to any additional suspensions in the new school.

- More than 10 Consecutive Days of Suspension, i.e., Expulsion
- Any suspension that is for more than 10 consecutive days is considered to be a change in placement.
- More than 10 Total Days of Suspension in One School Year.

A series of suspensions with days that total more than 10 total school days in a school year is a change in placement. The special education director, with assistance and documentation from the principal, or designee, monitors the number of days each cadet has been suspended. Cadets with disabilities who have not reached this 10-day threshold may be suspended under the procedures that apply to all cadets. In-school suspension and suspension from the bus may constitute a suspension to the extent they impact implementation of a student's IEP.

Additional Considerations: The following considerations apply to in-school suspension, a suspension or removal for a portion of the school day, and for suspensions from transportation.

a. In-School Suspension: An in-school suspension will not be considered as a suspension for the above purposes as long as a cadet is given the opportunity to continue to:

1. appropriately participate in the general curriculum;
2. receive IEP specified services; and
3. participate with nondisabled children to the extent he/she would have in the current placement.

Any in-school suspension that does not meet this standard must be considered as a suspension for purposes of these procedures.

b. Suspension/Removal for Portion of School Day: Cadets sent home from school in the morning because of misconduct is considered to have a full-day suspension. Cadets sent home in the afternoon are considered to have had a half-day suspension. These conditions apply unless the cadet's BIP specifically calls for the cadet to receive a shortened school day when certain behaviors are exhibited. Note: The Student Information System allows only the entry of suspension for a full day; half days are not permitted. Thus, there may be a difference between a student's actual total number of suspension days and the total recorded on the System. The student's "actual" full time equivalent days of suspension,

however, are relevant to the application of these standards. Schools are strongly encouraged to enter suspension data in "real time."

c. Bus Suspension: The following standards apply based on whether transportation is a related service on the IEP:

1. Bus Transportation *is* IEP Service: When transportation is an IEP service, a cadet's removal from the bus is considered to be a suspension unless transportation is provided in some other way. In this case, transportation has been determined to be necessary for the cadet to access educational services.

2. Bus Transportation *is not* IEP Service. When transportation is not an IEP service, the cadet's removal from the bus is NOT considered to be a suspension. In this case the cadet/parent has the same obligations for the cadet to get to and from school as any nondisabled peers suspended from the bus. However, school officials should consider whether the bus behavior is similar to classroom behavior that IS addressed in an IEP and whether the bus behavior should be addressed in the IEP or through a BIP.

C. Determining Manifestation Determination & Services.

1. Manifestation Determination.

Within 10 days of any decision resulting in a change of placement the LEA representative, parent, and relevant members of the child's IEP Team (as determined by the parent and the LEA representative) must meet and determine whether the cadet's behavior is a manifestation of his/her exceptionality using the Manifestation Determination form. The procedures below are used to make this determination.

a. Making the Decision

i. Review Relevant Information. The team participants review all relevant information in the cadet's file, including the IEP. If the IEP was not implemented, the team documents why it was not implemented and whether the failure to implement the IEP impacted the cadet's behavior.

ii. Observed Behavior. The team also reviews documentation of staff observations regarding the cadet's behavior. This should include an analysis of the cadet's behavior across settings and times throughout the school day.

iii. Information from Parents. The team reviews any relevant information provided by the parents.

b. Ask Two Questions to Determine Manifestation. The team must consider the two questions below to determine if a cadet's behavior was manifested by his/her exceptionality.

i. Relationship of Behavior to Misconduct. Was the conduct caused by or directly and substantially related to the cadet's exceptionality?

ii. IEP Implementation. Was the conduct a direct result of the school's failure to follow the cadet's IEP? If so, the principal must ensure that immediate steps are taken so that the identified deficiencies are remedied.

D. Behavior *is a manifestation* of exceptionality.

If the relevant members of the IEP team answers yes to either question, then the cadet's behavior is a manifestation of his/her exceptionality. In this case:

1. Return to Placement. Unless the IEP team agrees to a change of placement as part of the modification of the BIP, the school must return the cadet to the placement from which he/she was removed. Note: this provision does not apply to cadets involved with weapons, drugs or serious bodily injury. (See Section II.)

2. FBA & BIP.   The IEP team must conduct or review a functional behavioral assessment (FBA) and create a behavior intervention plan (BIP) addressing ways that the school can help the cadet with the conduct at issue.  If the cadet already has a BIP, it must be reviewed and modified to address how the school can better assist the cadet with the conduct at issue.   Note:  If the FBA requires a new assessment of cadet behavior, parental consent is required.

E.   Behavior *is NOT* a manifestation of exceptionality

1. Same Consequences may be imposed as nondisabled peers.  If the IEP team members agree that the cadet's conduct was not a manifestation of his/her exceptionality, then the cadet may be subject to the same consequences as all cadets. If a parent disagrees with the team's decision that the behavior was not a manifestation of the student's exceptionality or with the interim alternative educational services or location, the parent may request an expedited due process hearing to challenge this finding.  If the Hearing Officer agrees with the parent, the student will remain in the school where the offense was committed unless the parent and the school agree otherwise.

2. Required Services.  A cadet with a disability who is removed from his/her current placement must receive the following services beginning on the 11th day of cumulative suspensions during the school year. The IEP team will:

> a. Identifies Services.  Identifies and documents educational services the cadet will receive to enable the cadet to continue to participate in the general education curriculum, although in another setting (e.g., an interim alternative educational setting (IAES, etc.) and to progress toward meeting the goals set out in the cadet's IEP; and

> b. Develops/Reviews FBA/BIP.  Provides, as appropriate, an FBA and BIP services and modifications, which are designed to address the behavior violation so that it does not recur.

> c. Considers Need for More Restrictive Services.  May convene and modify the cadet's IEP.  School personnel may consider any unique circumstances on a case-by-case basis when determining whether a change in placement, consistent with the requirements of this section, is appropriate for a cadet with an exceptionality who violates a code of cadet conduct.


**II.** Weapons, Drugs or Serious Bodily Injury:  Emergency Procedures

In circumstances related to a cadet's use of weapons, drugs or imposition of serious bodily injury, school officials may remove a cadet for 45 school days by following the procedures below.

A.  Criteria for Emergency Removal.

1. Weapons

- A cadet carries a weapon to or possesses a weapon at school, on school premises, or to or at a school function under the school's jurisdiction.  A weapon is a device, instrument, material or substance animate or inanimate that is used for or is readily capable of causing death or serious bodily injury ; firearms, including a starter gun; the frame or receiver of such a weapon; a muffler or silencer; any destructive device including any explosive incendiary or poison gas bombs, grenades, rockets, missiles and mines.

2. Drugs

- A cadet knowingly possesses or uses illegal drugs, or sells or solicits the sale of a controlled substance, while at school, on school premises, or at a school function under the school's jurisdiction.  A controlled substance is a drug or other substance in the Federal Code that does not include a substance legally used and possessed under the supervision of a licensed health-care professional.

- Possession of alcohol and tobacco does not fall under "controlled substance." Therefore, the principal cannot move a cadet to an IAES for possession of these items under this section. Instead, the removal is subject to the procedural safeguards applicable to other types of misconduct.

3. Serious Bodily Injury

- A cadet inflicted serious bodily injury upon another person while at school, on school premises, or at a school function under the jurisdiction of the State or an LEA. To comply with the law, a 45 school day emergency removal for serious bodily injury must be extremely serious, i.e., requiring medical treatment.
- Serious bodily injury involves a substantial risk of death; extreme physical pain; protracted and obvious disfigurement; or protracted loss or impairment of the function of a bodily member, organ, or mental faculty.

B. Removal

1. The school may immediately remove the cadet for up to 45 school days to an IAES. Because drugs, weapons and serious bodily injury are so dangerous to a safe school climate, a school may remove a cadet under these circumstances for 45 school days regardless of whether the team believes that the behavior is a manifestation of the cadet's disability.
2. The 45 school days do not include those days the school is not in session, e.g., Spring Break. The IEP team may specify a removal for fewer days than the maximum 45 days.

C. Action during Removal. During the 45 school day period, the school must convene a meeting to determine whether the cadet's behavior is a manifestation of his/her disability. (See Section I.C. above for more information about the manifestation determination process.)

1. Behavior *is* a manifestation of exceptionality:

a. FBA/BIP. As discussed above, the IEP team must conduct or review an FBA and create a BIP addressing ways that the school can help the cadet with the conduct at issue. If the cadet already has a BIP, it must be reviewed and modified to address how the school can better assist the cadet with the conduct at issue. Note: if the FBA requires a new assessment of cadet behavior, parental consent is required.

b. Reevaluation. The cadet may be referred for a reevaluation.

c. More Intensive Services. The IEP team may meet to consider more intensive special education services upon the expiration of the 45 day IAES or sooner.

2. Behavior *is NOT* manifestation of exceptionality

a. Disciplinary Hearing. If all team members determine that the conduct was not a manifestation of the cadet's disability, then the 45 school day emergency placement may proceed to a disciplinary proceeding afforded to all cadets.

b. FBA/BIP. The cadet must receive, as appropriate, an FBA and BIP services and modifications, which are designed to address the behavior related to the disciplinary violation so that it does not recur.

**III**. Appeals

A. Reasons for Requesting an Expedited Due process Hearing

1. Parent Disagreement.  Parents who disagree with the appropriateness of the alternative placement or remedial disciplinary setting or services may request an expedited due process hearing.

2. School Considers Cadet to be Dangerous.  If a school has documented reasons to believe that keeping the cadet in his/her current school is substantially likely to result in injury to the cadet or to others, the school should request an emergency hearing for the purpose of transferring the cadet to an IAES for up to 45 school days.  Note: this standard is not as high as serious bodily injury; it does not allow for an immediate 45 school day removal.

B.  Authority of Hearing Officer

   1.  A hearing officer may:

      a. Return the cadet to the placement from which the cadet was removed if the hearing officer determines that the removal did not comply with these procedures or that the cadet's behavior was a manifestation of the cadet's exceptionality; or

      b. Order a change of placement to an IAES for not more than 45 school days if maintaining the current placement of the cadet is substantially likely to result in injury to the cadet or to others.

   2. The school may repeat its request for an expedited hearing if it believes that returning the cadet to the original placement is substantially likely to result in injury to the cadet or to others.

C.  Expedited Due Process Hearing Procedures.

   1. An expedited hearing must occur within 20 school days of the date the request is filed. The hearing officer must make a determination within 10 school days after the hearing

   2. Unless the parents and school personnel agree in writing to waive the resolution meeting or agree to mediate the dispute:

      a. A resolution meeting must occur within seven days of receiving notice of the hearing request; and

      b. The hearing may proceed unless the matter has been resolved to the satisfaction of both parties within 15 days of receipt of the hearing request.

   3. Evidence not disclosed to the other party three business days before the hearing is excluded, unless the parties agree otherwise.

   *Expedited due process hearing decisions are appealable to state or federal court.*

D.  Placement during Appeal of Discipline Decision

   1.  Weapons, Drugs or Serious Bodily Injury.  The cadet remains in the IAES pending the decision of the hearing officer or until the expiration of the 45-day or code violation time period (if less than 45 school days), whichever occurs first, unless the parent and school personnel agree otherwise.

   2. Behavior Not Manifested by the Cadet's Exceptionality.  The cadet remains in the IAES pending the decision of the hearing officer or until the expiration of the 45-day or code violation time period (if less than 45 school days), whichever occurs first, unless the parent and school personnel agree otherwise.

   3. Behavior Is Manifested by Cadet's Exceptionality but Belief Behavior is Substantially Likely to Cause Injury.  The cadet remains in the placement he/she was in at the time of the behavior in question unless the parent and school personnel agree otherwise. When an expedited hearing has been requested by either a parent or the LEA, the student shall remain in the Interim Alternative

Educational Setting pending the decision of the hearing officer or until the expiration of the time specified, whichever occurs first, unless the parent and LEA agree otherwise.

**IV**. Cadets without IEPs or Section 504 Plans "Deemed to Have a Disability"

In some cases, a cadet without a disability will be deemed to have a disability. The criteria for making this determination and the applicable procedures relevant to such a finding are discussed below.

A.  Knowledge of suspected disability (Thought to be a cadet with a disability)

There are certain circumstances that would indicate a school had knowledge that a cadet might (or is thought to) have a disability prior to the violation of the disciplinary violation.

The following three situations give rise to such legal evidence:

> 1. Evaluation Requested. The parent requested an evaluation.

> 2. Written Concern.  The parent expressed concern in writing to the cadet's teacher or school administration about the cadet's need for special education and related services

> 3. Specific Concerns by Staff about Pattern of Behavior.  The cadet's teacher or other school staff told school supervisory personnel of specific concerns about the cadet's pattern of behavior.

If any of the three factors above are present, then school officials consider disciplinary action as if the cadet has a disability.

B.  NOT Deemed To Have Knowledge. This provision does not apply if:

> 1. Parent did not consent to an initial evaluation of the cadet

> 2. Parent refused special education and related services for the cadet or

> 3. The cadet was evaluated and was determined not to have a disability.

If any of these three circumstances exist, the cadet may be subjected to the same disciplinary measures applied to those without disabilities engaging in similar behaviors.

The US Department of Education's comments to the IDEA states:  a public agency will not be considered to have a basis of knowledge merely because a child receives services under the coordinated, early intervening services of the IDEA law UNLESS a parent or teacher of a child receiving early intervening services expresses a concern, in writing, to appropriate agency personnel that the child may need special education and related services.

C.  School Personnel Have No Knowledge and Parent Subsequently Requests an Evaluation

If the parent requests an evaluation for a suspected disability after the cadet is sent to an IAES, the school must conduct an expedited evaluation at parental request.  However, the cadet remains in placement, including an IAES, during the evaluation.  If the cadet is found to have a disability, an IEP must be developed.  The IEP team must then conduct a manifestation determination. If the behavior is manifested by the cadet's disability, the team reconsiders the cadet's placement in light of the new information

**V**.  Referral to and Action by Law Enforcement and Judicial Authorities

A. Reporting Crimes.  Nothing in this part prohibits school personnel from reporting a crime committed by a cadet with a disability to appropriate authorities or prevents State law enforcement and judicial authorities from exercising their responsibilities with regard to the application of Federal and State law to crimes committed by a cadet with a disability.

B.  Transmittal of Records.  School personnel reporting a crime committed by a cadet with a disability must ensure that copies of the special education and disciplinary records of the cadet are transmitted for consideration by the appropriate authorities to whom the agency reports the crime.  Records must be transmitted only to the extent that the transmission is permitted by the Family Educational Rights and Privacy Act.

**VI**. Application of Section 504 and ADA

Generally, cadets with disabilities eligible for services only under Section 504/ADA (i.e., need related and supplementary aids and services only) are entitled to the procedural safeguards specified in this section.  An exception to this general rule applies to cadets with behavior that is not a manifestation of his/her disabilities.  In this case, these cadets are entitled to those services normally available to nondisabled cadets who are suspended or removed pursuant to the school's Cadet Code of Conduct.

## STATEMENTS OF COMPLIANCE

Each homeroom teacher shall, on the first day of school each school year, provide information  to  and answer  any  questions  from  cadets  relative  to  the  statement  of compliance as provided by New Orleans Military and Maritime Academy administration.
Each parent/guardian must sign a statement of compliance committing to do all of the following: ensure that his or her child attends school daily, except for school absences; ensure that his or her child arrives at school on time each day; ensure that his or her child completes all required homework assignments; and attend all required parent and teacher or parent and principal conferences.

## TITLE IX POLICY AND PROCEDURES

NOMMA does not discriminate on the basis of sex in its education programs and activities and, accordingly, requires its staff, teachers, employees and students to abide by the requirements of Title IX of the Educational Amendments of 1972 and its implementing regulations.  Sexual harassment is a form of sex discrimination and is explicitly prohibited, whether such conduct occurs on or off campus during or after school hours during or directly related to school-sponsored activities, or at a time and/or place directly related to school functions or an employee's school-related duties.  It is the intent of NOMMA to maintain an environment free from sexual assault and sexual harassment of any kind; therefore, this policy commands that no student shall be subjected to sexual misconduct, sexual assault, or sexual harassment by other students or NOMMA staff or employees.  This policy shall be enforced and the accompanying procedures shall be implemented regardless of whether a complaint has been filed with or an investigation has been instituted by any law enforcement agency.

Sexual harassment occurs when: education benefits are conditioned upon participation in unwelcome sexual conduct (i.e., Quid Pro Quo); unwelcome conduct occurs that a reasonable person would

determine is so severe, pervasive, and objectively offensive that it effectively denies a person equal access to the school's education program or activity; and/or sexual assault (as defined in the Clery Act), dating violence, domestic violence, or stalking as defined in the Violence Against Women Act (VAWA).

Title IX requires NOMMA to take steps to prevent and remedy two forms of sex-based harassment: sexual harassment (including sexual violence) and gender-based harassment. Sexual harassment is unwelcome conduct of a sexual nature. It includes unwelcome sexual advances, requests for sexual favors, and other verbal, nonverbal, or physical conduct of a sexual nature. Sexual violence is a form of sexual harassment. Sexual violence, as the Office of Civil Rights uses the term, refers to physical sexual acts perpetrated against a person's will or where a person is incapable of giving consent. A number of different acts fall into the category of sexual violence, including rape, sexual assault, sexual battery, sexual abuse, and sexual coercion. Title IX also prohibits gender-based harassment, which is unwelcome conduct based on a student's sex, or harassing conduct based on a student's failure to conform to sex stereotypes.

Sex-based harassment can be carried out by school employees, other students, and third parties. All students can experience sex-based harassment, including male and female students, LGBT students, students with disabilities, and students of different races, national origins, and ages. Title IX protects all students from sex-based harassment, regardless of the sex of the parties, including when they are members of the same sex.

Sex-based harassment creates a hostile environment if the conduct is sufficiently serious that it denies or limits a student's ability to participate in or benefit from the school's program. When a school knows or reasonably should know of possible sex-based harassment, it must take immediate and appropriate steps to investigate or otherwise determine what occurred. If an investigation reveals that the harassment created a hostile environment, the school must take prompt and effective steps reasonably calculated to end the harassment, eliminate the hostile environment, prevent its recurrence, and, as appropriate, remedy its effects.

Questions regarding Title IX may be referred to the U. S. Department of Education, Office of Civil Rights (OCR) or to **NOMMA's Title IX Coordinator, Ms. Jennifer Dotson at phone number: (504) 227-3810; or email: jdotson@nomma.net.**

### Definition of Sexual Harassment

1) Sexual assault or sexual harassment is unwelcome conduct of a sexual nature.
2) Sexual harassment may include, but is not limited to, unwelcome sexual advances, requests for sexual favors, and other verbal, nonverbal, or physical conduct of a sexual nature when at least one (1) of the following occurs:
   a) Submission to such conduct is made, either implicitly or explicitly, a term or condition of the student's grades, academic status, or progress or is used to deprive the student of access to the educational opportunities and benefits provided by the NOMMA School.
   b) Submission to or rejection of such conduct is used as the basis for academic or other school-related decisions affecting the student.
   c) Such conduct of a sexual nature is sufficiently severe, persistent, or pervasive and has the purpose or effect of unreasonably interfering with the student's academic performance or of creating an intimidating, hostile, or offensive educational environment for the student.

Extended Definition of Sexual Harassment which may include but is not limited to:
- Verbal harassment or abuse;

- Uninvited letters, telephone calls, or materials of sexual nature;
- Uninvited or inappropriate leaning over, cornering, patting or pinching;
- Uninvited sexually suggestive looks or gestures;
- Intentional brushing against a student's or school employee's body;
- Uninvited pressure for dates;
- Uninvited sexual teasing, jokes, remarks or questions;
- Any sexually motivated unwelcome touching;
- Any conduct resulting in an intimidating, hostile or offensive educational environment; or
- Attempted or actual rape or sexual assault or sexual battery.

**No Retaliation**

Retaliation of any nature against any student or teacher, staff, or employee who makes a report or complaint or who participates in any investigation under this policy is a serious violation of NOMMA sexual harassment policy. Such retaliation is considered an act of sexual discrimination itself; therefore, reports and complaints of such retaliation are handled in the same manner as those of sexual harassment. A reference to "sexual harassment" in this policy and the related procedures shall also include retaliation. As such, retaliation against any employee or student who brings sexual harassment charges or who assists in investigating such charges shall be prohibited. Any employee or student bringing a sexual harassment complaint or assisting in the investigation of such a complaint will not be adversely affected, discriminated against, or punished because of the complaint.

**Violations**

1) Students and employees are encouraged and expected to immediately report incidences of alleged sexual discrimination or harassment and/or retaliation in accordance with these regulations and procedures.
2) A report or complaint – written or verbal – of an alleged violation of this policy must be sufficiently clear and explicit so that it can be recognized as a legitimate report of sexual discrimination or harassment or retaliation. This means that a report or complaint must, at a minimum, include: (1) a description of an alleged act of sexual discrimination or harassment or retaliatory conduct, including the date, time, and place it allegedly occurred; (2) identity of the alleged victim; (3) identity of the alleged harasser; and (4) identity of the reporting person.
3) All alleged violations of this policy shall be handled seriously and according to these regulations and procedures.
4) Discipline/Consequences.
   a) Any student who is determined to have engaged in a sexual assault, sexual discrimination, or harassment or retaliation against another individual in violation of this policy may be subject to disciplinary action, up to and including expulsion.
   b) Any employee who is determined to have permitted, engaged in, or failed to report sexual assault, sexual harassment or retaliation in violation of this policy and the related procedures may be subject to disciplinary action, up to and including termination.

**Enforcement**

Each Principal, staff member, and teacher has the responsibility of taking such reasonable steps necessary and practicable to maintain a work environment and educational environment free of sexual assault and sexual discrimination or harassment. Such steps shall include implementation of the following:

1) All teachers, other staff members, and all employees shall cooperate, as needed, in any formal and informal investigations instituted under this policy. The Title IX Investigator is responsible for investigating any report of sexual discrimination or harassment involving student on student in coordination with the Title IX Coordinator. Reports involving an employee shall also be immediately reported to the Title IX Coordinator.
2) All principals, administrators, and staff in charge of discipline of students shall, in accordance with policy and law, take such disciplinary action against any student found to be in violation of the sexual harassment policy as may be appropriate under the circumstances.
3) Within the first week of school each school year, the Title IX Coordinator through each Principal or Building Site coordinator, shall ensure that an in-service program addressing the sexual harassment policy and procedures is provided for all teachers, staff, and employees.
4) During orientation at the beginning of each school year or at the time of a new student's enrollment, the Principal of the school shall ensure that instruction about sexual harassment, NOMMA policy, and its procedures are provided to students.
5) Teachers, counselors, and administrators shall instruct students on the sexual assault, dating violence, or sexual harassment report and complaint procedures within the educational setting on an as-needed basis.
6) The Title IX Coordinator shall ensure that the sexual assault, dating violence, or sexual harassment policy and procedures are provided to all students, parents, and employees by:
   a) Including a restatement of the policy and procedures in the student handbook;
   b) Posting an age-appropriate restatement of the policy against sexual assault and sexual harassment, the report and complaint procedures, and notice of the Title IX Coordinator at visible and accessible sites for students, for parents, and for employees;
   c) Making a copy of the complete policy and procedures available on request for students, parents, and employees at the school office and the central office; and
   d) Maintaining the policy and procedures on NOMMA School website.

**\*\*The Title IX Coordinator for NOMMA School is**:
Ms. Jennifer Dotson; Assistant Principal; (504) 227-3810; jdotson@nomma.net.

**Appeal of Title IX Finding**

Any appeal or grievance related to a Title IX Investigation shall be sent in writing to the NOMMA Commandant at the following address: 425 O'Bannon St, New Orleans, LA 70114 and emailed to: info@nomma.net

In reviewing the decision, the NOMMA Commandant may uphold, modify, or reverse the decision of the Title IX Coordinator; however, the NOMMA Commandant's review of the Title IX Investigative findings is final.