IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONNA-KAY E. ARMSHAW** | |
| **AND** | |
| **STEPHEN P. ARMSHAW** | **CIVIL ACTION NO.: 2:21-01398** |
| Plaintiffs | **SECTION: "H" (5)** |
| **VERSUS** | **JUDGE MILAZZO** |
| **NEW ORLEANS MILITARY AND MARITIME ACADEMY, INC.;** **VOLTAIRE ALEXANDER CASINO**, *in his individual capacity and in his official capacity as a teacher at NOMMA/OPSB employee;* | **MAGISTRATE JUDGE NORTH** |
| **AND** | |
| **ORLEANS PARISH SCHOOL BOARD.** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**OPPOSITION TO MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, come Plaintiffs—Donna-Kay E. Armshaw and Stephen P. Armshaw—who respectfully request this Court consider this Opposition to the Motion to Dismiss.

Defendant Orleans Parish School Board ("OPSB") filed its Motion to Dismiss on August 31, 2021, just two days after Hurricane Ida made landfall. In the Motion to Dismiss, OPSB argued, and provided documentation supporting, the fact that it was not the chartering authority for NOMMA (a Type 2 charter school), but that in fact the Louisiana Department of Education and/or BESE were the chartering entities.

1

Plaintiffs have no interest in pursuing litigation against the improper entity. For that reason, Plaintiffs are seeking to amend their Complaint to remove OPSB since it is not the chartering entity for NOMMA. However, out of an abundance of caution, Plaintiffs file this Opposition for two reasons:

1. First, Plaintiffs oppose the timing of the Motion to Dismiss, and request that this Court first consider their Motion for Leave to Amend on an Expedited Basis prior to deciding the Motion to Dismiss. Since the proposed amended complaint removes OPSB as a defendant, if this Court grants the Motion for Leave to Amend prior to considering the Motion to Dismiss, the arguments set forth in the Motion to Dismiss will be entirely moot.

2. Second, although it will be irrelevant under the amended complaint, Plaintiffs briefly address OPSB's argument that La. R.S. 17:3993 grants immunity. R. Doc. 13-1, pp. 5–6. OPSB's Louisiana immunity argument does not differentiate between federal and state claims. Even if a Louisiana statute grants immunity under state law, it cannot do so under federal law. Since Plaintiffs have brought federal law, as well as state law, claims, the Louisiana immunity argument cannot support dismissal of federal claims. The Supremacy Clause in Article VI of the Constitution states that federal laws "shall be the supreme Law of the Land; ... any Thing in the Constitution or Laws of any state to the Contrary notwithstanding." U.S. Const. Art. VI, cl. 2. State laws that conflict with federal law are "without effect." *Cipollone v. Liggett Grp., Inc.*, 505 U.S. 504, 516 (1992) (citing *McCulloch v. Maryland*, 17 U.S. (4 Wheat.) 316, 427 (1819); *Maryland v. Louisiana*, 451 U.S. 725, 746 (1981)).

For the timing reasons set forth above, Plaintiffs oppose OPSB's Motion to Dismiss at this time, and ask that this Court first grant leave to amend and consider the amended complaint.

        Respectfully Submitted,

        **BAER LAW, LLC**

BY:       */s/ Jason M. Baer*
        **JASON M. BAER (# 31609)**
        **CASEY C. DEREUS (#37096)**
        **JOSHUA A. STEIN (# 37885)**
        3000 Kingman Street, Suite 200
        Metairie, LA 70006
        Telephone: (504) 372-0111
        Facsimile: (504) 372-0151
        Email: jbaer@baerlawllc.com
        Email: cdereus@baerlawllc.com
        Email: jstein@baerlawllc.com
        *Counsel for Plaintiff*

        *And*

        **THE KING FIRM, LLC**
        **BRIAN KING, (Bar Roll No. 24817)**
        **JASON F. GILES (Bar Roll No. 29211)**
        2912 Canal Street
        New Orleans, LA 70119
        Telephone:   (504) 909-5464
        Facsimile:    (800) 901-6470

## CERTIFICATE OF SERVICE

I certify that copy of the above and foregoing pleading has been served upon counsel for all parties via CM/ECF Filer System, on this 12th day of October 2021.

        */s/ Jason M. Baer*
        JASON M. BAER