MINUTE ENTRY
MILAZZO, J.
June 15, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONNA-KAY E. ARMSHAW ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1398** |
| **NEW ORLEANS MILITARY AND MARITIME ACADEMY, INC. ET AL.** | **SECTION: "H"** |

## MINUTE ENTRY

On June 15, 2023, the Court held a status conference. Jason Baer and Nick Anthony participated on behalf of Plaintiffs. Melissa Lessell and Denia Aiyegbusi participated on behalf of Defendant New Orleans Military and Maritime Academy, Inc. Marne Jones participated on behalf of Defendant Voltaire Casino. The parties discussed Plaintiffs' Motion to Continue Trial and Deadlines (Doc. 45).

**IT IS ORDERED** that the Motion to Continue Trial and Deadlines (Doc. 45) is **GRANTED**. Trial is **RESET** for January 8, 2024, at 8:30am. **IT IS FURTHER ORDERED** that the Case Manager shall reach out to all parties to hold a scheduling conference to reset all remaining deadlines.

(JS-10:16)