UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA-KAY E. ARMSHAW, ET AL. | CIVIL ACTION |
| VERSUS | NO. 21-1398 |
| NEW ORLEANS MILITARY AND MARITIME ACADEMY, INC., ET AL. | SEC. "H"(5) |

## NOTICE OF SCHEDULING CONFERENCE

A Scheduling Conference is **SET**, by telephone, for **JULY 13, 2023 at 2:30 p.m.** for the purpose of selecting a new pretrial deadlines. **Counsel are to participate in the conference by dialing (866) 434-5269 and entering access code 8280506.** The Court's case manager will join the call as the host once all parties are on the line.

If any party has a conflict with the selected date or time of the conference, they should notify the case manager at the email address listed below.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

Issued for the Court:

By: Sherry Adams
    Case Manager
    sherry_adams@laed.uscourts.gov

NOTICE
COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.