IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA-KAY E. ARMSHAW AND STEPHEN P. ARMSHAW | * * | CIVIL ACTION |
| Plaintiffs | * * | NO. 2:21-cv-1398-JTM-MBN |
| VERSUS | * * | SECTION: H |
| NEW ORLEANS MILITARY AND MARITIME ACADEMY, INC., VOLTAIRE ALEXANDER CASINO, AND ORLEANS PARISH SCHOOL BOARD | * * * * * | JUDGE: JANE T. MILAZZO |
| Defendants | * * * | MAGISTRATE: MICHAEL B. NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the foregoing Motion to Enroll Additional Counsel of Record;

**IT IS ORDERED** that Jason Rogers Williams of Jason Williams + Associates be entered into the record of this Court as additional counsel for Plaintiffs, DONNA-KAY E. ARMSHAW and STEPHEN P. ARMSHAW, in the above entitled and numbered cause.

New Orleans, Louisiana, this 10th day of October, 2023.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**