IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA-KAY E. ARMSHAW AND STEPHEN P. ARMSHAW | * * | CIVIL ACTION |
| Plaintiffs | * * | NO. 2:21-cv-1398-JTM-MBN |
| VERSUS | * * | SECTION: H |
| NEW ORLEANS MILITARY AND MARITIME ACADEMY, INC., VOLTAIRE ALEXANDER CASINO, AND ORLEANS PARISH SCHOOL BOARD | * * * * | JUDGE: JANE T. MILAZZO |
| Defendants | * * * | MAGISTRATE: MICHAEL B. NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' WITNESS AND EXHIBIT LIST**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Plaintiffs, Donna-Kay Armshaw and Stephen Armshaw, pursuant to the Federal Rules of Civil Procedure and this Court's Scheduling Order, submit the following as their Witness and Exhibit List:

## WITNESS LIST

1. Mrs. Donna-Kay E. Armshaw
    a. Address:      15 E. East Hedgepeth Road, Monticello, MS 39654
    b. Phone:         504-450-1450
    c. Subject(s):   Plaintiff

2. Mr. Stephen P. Armshaw
    a. Address:      15 E. East Hedgepeth Road, Monticello, MS 39654
    b. Phone:         504-205-9896
    c. Subject(s):   Plaintiff

3. Stephanie Armshaw
    a. Address:      15 E. East Hedgepeth Road, Monticello, MS 39654
    b. Subject(s):   Decedent's sister

4. Payton Armshaw
    a. Address:      15 E. East Hedgepeth Road, Monticello, MS 39654
    b. Subject(s):   Decedent's brother

1

5. Damon Billiot
   a. Address: Will Supplement
   b. Phone: Will Supplement
   c. Subject(s): Decedent's brother

6. Voltaire Alexander Casino
   a. Address: 2023 Sheridan Street, #1, Houston, TX 77030
   b. Phone: 504-450-1450
   c. Subject(s): Defendant

7. Tesia Williams
   a. Address: Unknown.
   b. Phone: Unknown.
   c. Subject(s): Decedent's School Counselor

8. Matthew Spell
   a. Address: 2601 Delta Pointe Dr., Marrero, LA 70072
   b. Phone: 504-265-2969
   c. Subject(s): Decedent's classmate

9. Tyler Johnson
   a. Address: 4212 Ames Blvd., Marrero, LA 70072
   b. Phone: 504-503-2286
   c. Subject(s): Decedent's classmate

10. Jason Trang
    a. Address: 105 Circle West Park, Westwego or Bridge City LA
    b. Phone: 504-406-5997
    c. Subject(s): Decedent's classmate

11. Michiel Scogg
    a. Address: Shadow Lake Villas, Apt. # 11-102, Wall Blvd., Gretna, LA 70056
    b. Phone: Unknown
    c. Subject(s): Decedent's classmate

12. Haley Thiem
    a. Address: 104 Thousand Oaks Dr., Belle Chasse, LA 70037
    b. Phone: 504-406-5997
    c. Subject(s): Decedent's classmate

13. Caleb Ford
    a. Address: 120 Clausen Road, Belle Chasse, LA 70037-4319
    b. Phone: 337-379-4445
    c. Subject(s): Decedent's classmate

14. Detective Hardin
    a. Address:     Unknown
    b. Phone:       New Orleans Police Department
    c. Subject(s):  Investigating Officer

15. Detective Patrick Kennelly
    a. Address:     Unknown
    b. Phone:       New Orleans Police Department
    c. Subject(s):  Investigating Officer

16. Deputy Denny
    a. Address:     Unknown
    b. Phone:       Plaquemines Parish Sherriff's Office
    c. Subject(s):  Investigating Officer

17. Detective Lisa Calcagno
    a. Address:     Unknown
    b. Phone:       Jefferson Parish Sheriff's Office, 504-363-5500
    c. Subject(s):  Investigating Officer

18. Deputy Louis Duffourc
    a. Address:     Unknown
    b. Phone:       Jefferson Parish Sheriff's Office: 504-363-5500
    c. Subject(s):  Investigating Officer

19. Brandon Gregoire
    a. Address:     Unknown
    b. Phone:       Unknown
    c. Subject(s):  NOMMA School Title IX Coordinator

20. Danny Garbarino
    a. Address:     Unknown
    b. Phone:       Unknown
    c. Subject(s):  NOMMA Principal

21. Col. Schlafer
    a. Address:     Unknown
    b. Phone:       Unknown
    c. Subject(s):  NOMMA Commandant

22. Kayla Gaye
    a. Address:     Unknown
    b. Phone:       Unknown
    c. Subject(s):  NOMMA School Counselor

23. Alexis Long

3

    a. Address: Unknown
    b. Phone: Unknown
    c. Subject(s): NOMMA Principal

24. Dr. Daphne Glindmeyer, M.D., D.F.A.P.A.
    a. Address: 611 River Highlands Blvd., Suite B, Covington, Louisiana 70433
    b. Phone: 504-392-8348
    c. Subject(s): Expert in child, adolescent and adult psychiatry as well as forensic psychiatry

25. John Mallery
    a. Address: 1331 Palmetto Ave., Ste. 110, Winter Park, FL 32789
    b. Phone: 855-893-9084
    c. Subject(s): Lay witness and an expert within the field of computer data retrieval

26. A representative of New Orleans Military and Maritime Academy;

27. Any individuals identified in Defendant's Witness and Exhibit List; and

28. Any individuals identified in the course of discovery in this matter.

## EXHIBIT LIST

1. An audio-visual demonstrative depicting V.A.'s life and achievements;

2. Photographs of Plaintiff;

3. Communications with NOMMA;

4. Student Statement;

5. Communications with law enforcement;

6. Screenshots of Voltaire Casino's Facebook;

7. Title IX communications from NOMMA concerning V.A.;

8. Adoption Order;

9. Birth Certificate;

10. Death Certificate;

11. NOMMA Cadet Handbook;

12. NOMMA Electronic Communications Policy;

13. NOMMA Personnel Handbook;

14. NOMMA Title IX Policy;

15. NOMMA Student File on V.A.,;

16. Emails between V.A. and Voltaire Casino;

17. Photos of V.A.'s grades and accomplishments;

18. ASCA Ethical Standards for School Counselors;

19. Expert Report of Daphne Glindmeyer;

20. All documents relied upon by Dr. Glindmeyer in formulating her opinions;

21. All documents produced by Defendants pursuant to a discovery request;

22. Any photographic and/or videographic evidence presented on behalf of Defendants or to which Defendants do not object;

23. Any deposition taken in this matter and all attachments thereto;

24. Any trial depositions to be taken on behalf of any party;

25. Any item and/or exhibit relied upon or used by any expert retained in this matter;

26. Any records received by any party in response to a subpoena request and/or authorization;

27. Any written discovery and responses thereto, including attachments, by any Party;

28. Any and all correspondence exchanged in this matter;

29. Any and all documents produced to either party pursuant to a valid subpoena;

30. Any pleadings filed herein and any attachments thereto;

31. Any exhibit necessary for rebuttal or impeachment;

32. Any exhibit listed, offered, introduced, or referred to by any other Party;

33. Any demonstrative evidence identified pursuant to ongoing discovery;

34. Any documents or other tangible evidence not presently known to Plaintiff which is discovered subsequent to the filing of this list;

35. Any documentation produced in response to a request for production of documents; and

36. Any document listed by any Party.

Plaintiffs reserve the right to supplement this *Witness and Exhibit List* as it becomes necessary until the time of trial.

Respectfully submitted this 11th day of October, 2023.

          Respectfully Submitted,

          **BAER LAW, LLC**

BY:    __/s/ Joshua A. Stein__
          **JASON M. BAER (# 31609)**
          **JOSHUA A. STEIN (# 37885)**
          **NICHOLAS ANTHONY (# 39785)**
          3000 Kingman Street, Suite 200
          Metairie, LA 70006
          Telephone: (504) 372-0111
          Facsimile: (504) 372-0151
          Service Email: service@baerlawllc.com
          Email: jbaer@baerlawllc.com
          Email: jstein@baerlawllc.com
          Email: nanthony@baerlawllc.com
          *Counsel for Plaintiffs*

          and

          Brian King, La. Bar #24817
          Jason F. Giles, La. Bar #29211
          **The King Firm, LLC**
          2912 Canal Street
          New Orleans, LA 70119
          Phone: 504-909-5464
          Fax: 800-901-6170
          bking@kinginjuryfirm.com

jgiles@kinginjuryfirm.com
*Counsel for Plaintiffs*
and

Jason R. Williams, La. Bar #25539
**Jason Roger Williams & Associates**
607 St Charles Ave, Suite 300
New Orleans, LA 70130
Phone: 504-585-1413
jason@jrwilliamslawfirm.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 11th day of October 2023, served a copy of the foregoing pleading to all parties to this proceeding by CM/ECF notification, facsimile, electronic mail and/or depositing same in the United States Mail, properly addressed and postage prepaid.

__*/s/ Joshua A. Stein*__