UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA-KAY E. ARMSHAW AND STEPHEN P. ARMSHAW<br><br>VERSUS<br><br><br>NEW ORLEANS MILITARY AND MARITIME ACADEMY, INC. AND VOLTAIRE ALEXANDER CASINO | CIVIL ACTION NO. 2:21-CV-01398<br><br>SECTION "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL NORTH |

**<u>DEFENDANT VOLTAIRE ALEXANDER CASINO'S WITNESS AND EXHIBIT LIST</u>**

Pursuant to the Amended Scheduling Order (Rec. Doc. 60), Voltaire Alexander Casino ("Casino") submits the following:

**I.   WITNESSES**

Mr. Casino may call:

1. Dr. David J. McIntyre, Ph.D.
   4500 S Lakeshore Drive, Suite 300
   Tempe, Arizona 85282
   (928) 737-6300

   Testimony concerning V.A.'s mental state, suicidal ideation, patterns of behavior, prior medical intervention, and related opinions.

2. Any physician who provided medical treatment to V.A. for mental and physical conditions.

3. Any expert witness disclosed by any other party.

4. Kayla Gaye
   Current address unknown.

   Testimony concerning V.A.'s mental state and communications with parties concerning the same and related topics made the basis of this cause of action and any resulting damages.

5. Aimee Brooks
   Current Address Unknown

Testimony concerning V.A.'s mental state and communications with parties concerning the same and related topics made the basis of this cause of action and any resulting damages.

6. Tesia Williams
   Through counsel at Deutsch Kerrigan

   Testimony concerning V.A.'s mental state and communications with parties concerning the same and related topics made the basis of this cause of action and any resulting damages.

7. Dr. Pamela G. Musacchia
   Ochsner Health System
   1514 Jefferson Hwy.
   New Orleans, LA 70121

   Testimony concerning medical treatment provided to V.A.

8. Dr. Avery H. Sampson
   Ochsner Health System
   1514 Jefferson Hwy.
   New Orleans, LA 70121

   Testimony concerning medical treatment provided to V.A.

9. Dr. Andrew Z. Williams
   Children's Hospital
   200 Henry Clay Ave.
   New Orleans, LA 70118

   Testimony concerning medical treatment provided to V.A.

10. Dr. Luke Verret
    Children's Hospital
    200 Henry Clay Ave.
    New Orleans, LA 70118

    Testimony concerning medical treatment provided to V.A.

11. Sarah Layburn
    Children's Hospital
    200 Henry Clay Ave.
    New Orleans, LA 70118

    Testimony concerning medical treatment provided to V.A.

12. Amanda Maher
    Children's Hospital
    200 Henry Clay Ave.
    New Orleans, LA 70118

    Testimony concerning medical treatment provided to V.A.

13. Jonathan Nierman
    Children's Hospital
    200 Henry Clay Ave.
    New Orleans, LA 70118

    Testimony concerning medical treatment provided to V.A.

14. Dr. Megan Maher
    Children's Hospital
    200 Henry Clay Ave.
    New Orleans, LA 70118

    Testimony concerning medical treatment provided to V.A.

15. Jason Trang
    Current Address Unknown

    Testimony concerning V.A.'s mental state and communications with parties concerning the same and related topics made the basis of this cause of action and any resulting damages.

16. Tyler Johnson
    Current Address Unknown

    Testimony concerning V.A.'s mental state and communications with parties concerning the same and related topics made the basis of this cause of action and any resulting damages.

17. Matthew Spell
    2600 Delta Pointe
    Marrero, LA 70072
    (504) 265-2969

    Testimony concerning V.A.'s mental state and communications with parties concerning the same and related topics made the basis of this cause of action and any resulting damages.

18. Any witness identified in Mr. Casino's responses to written discovery.

19. Any witness identified in another party's responses to written discovery.

20. Any witness identified during the course of discovery.

21. Any witness listed by any other party.

22. Any witness necessary to authenticate any document.

## II. **EXHIBITS**

Mr. Casino may introduce the following exhibits:

1. Medical records of V.A. identified as Oscnher WP_000001 - 001063

2. Medical records of V.A. identified as CHNO (VB)_000001- 000152

3. Medical records of V.A. identified as WJMC_000001-000057

4. All medical records concerning treatment of V.A. for physical and mental conditions

5. Student Confidential File of V.A.

6. Documents produced by Mr. Casino, including emails and communication between Mr. Casino and V.A. and Mr. Casino and NOMMA employees identifies at Casino_000001 – 001779

7. E-mail from Tesia Williams to V.A. dated 10/04/2020

8. Documents produced as Plaintiffs' Rule 26 Disclosures 0000001-000652

9. Suicide note from V.A.'s notebook/journal

10. V.A.'s journal

11. Snapchat and other communications found on V.A.'s cell phone identified as Plaintiff Supplemental Production 000065- 0000865

12. Plaintiffs' Supplemental Production 000001-000064

13. Documents produced as NOMMA30(b)(6)Production 000001 – 001518

14. Documents produced by NOMMA in connection with its Rule 26 Initial Disclosers and responses to Plaintiffs' requests for production of documents

15. All documents produced by any party in response to requests for production

16. All discovery responses of Plaintiffs

17. All discovery responses of NOMMA

18. All documents obtained in discovery by subpoena

19. Any exhibit list by the other party

20. Any exhibit identified throughout the course of discovery

21. Any exhibit attached to any deposition transcript in this case

22. Any document in the Court Record in this matter

23. Any deposition and attached exhibits taken in this matter as needed for impeachment.

Defendant reserves the right to supplement and/or amend this Witness and Exhibit List as additional information is discovered throughout discovery.

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS L.L.P.**

By: _/s/ Marne Jones_
Marne Jones (#32522)
Mark A. Hill (#33891)
601 Poydras Street, Suite 1850
New Orleans, Louisiana 70130
504-526-4320 Telephone
504-526-4310 Facsimile
Email: _MAJones@thompsoncoe.com_
**COUNSEL FOR DEFENDANT VOLTAIRE ALEXANDER CASINO**

**CERTIFICATE OF SERVICE**

    I hereby certify that to the best of my knowledge all counsel of record consent to and participate in receiving electronic notification from the CM/ECF system, and that the Clerk of the Court for the Eastern District of Louisiana, using the CM/ECF system, will electronically send notification of the filing of this pleading to all counsel of record.

                                             /s/ *Marne Jones*
                                             **MARNE JONES**