UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA-KAY ARMSHAW, ET AL<br>PLAINTIFFS<br><br>v.<br><br>NEW ORLEANS MILITARY AND<br>MARITIME ACADEMY, INC., ET AL<br>DEFENDANTS | CIVIL ACTION<br><br>NO. 21-1398<br><br>JUDGE JANE T. MILAZZO<br><br>MAG. JUDGE MICHAEL NORTH |

### NEW ORLEANS MILIARY AND MARITIME ACADAMY'S
### WITNESS AND EXHIBIT LISTS

**NOW COMES,** The New Orleans Military and Maritime Academy (hereinafter, "NOMMA") who, through the undersigned counsel submits the following List of Witnesses who may be called to testify at trial and List of Exhibits that may be used at the trial of this matter in accordance with the Amended Scheduling Order issued on July 13, 2023, ECF R. Doc. 60:

### WITNESS LIST

1. Donna Kay Armshaw (on cross);

2. Stephen Armshaw (on cross);

3. Brandi Billiot;

4. The deceased's alleged rapist, M.S.;[1]

5. The deceased former boyfriend, J.T.;

6. The deceased former best friend, T.J.;

7. The deceased's former neighbor, M.S.;

---

[1] These individuals listed as Nos. 4-7's full names are not listed in light due to FERPA. However, the identities of these individuals is widely known amongst counsel.

8. Tesia Williams;

9. Voltaire Casino;

10. Danny Garbarino;

11. Kayla Gaye;

12. Col. Christopher Schlafer, USMC (Ret.);

13. Lt. Col. Brandon Gregoire (Ret.);

14. Aimee Brooks;

15. Corporate representative(s) of NOMMA;

16. Larry Perondi, Superintendent (Ret.);

17. Megan Alsop, Psy.D., A.B.P.P.

18. Paul S. Appelbaum, M.D.

19. Representative(s) of Children's Hospital New Orleans (LCMC), including but not limited to, Dr. Williams, V.A.'s attending doctor at Children's Hospital in 2018;

20. A representative of American Active Rehab;

21. A representative of West Jefferson Medical Center;

22. Representative(s) of Oschner;

23. A representative of LAPC Westside Pediatrics, including but not limited to Dr. Pamela Musacchia;

24. Any other physician, medical provider, or mental health provider, who provider treatment to V.A. for mental or physical conditions;

25. A representative of Jefferson Parish Sheriff Office and/or any officer or detective who participated any investigation relative to V.A.;

26. A representative of New Orleans Police Department and/or any officer or detective who participated any investigation relative to V.A.;

27. A representative of Plaquemines Parish Sheriffs Office and/or any officer or detective who participated any investigation relative to V.A.;

28. A representative of the Jefferson Parish Coroner's Office, including but not limited to Ellen Conner, M.D.;

29. Any witness listed by any other party to this case;

30. Any individual or witness who has been deposed;

31. Any individual or witness who has been identified in Rule 26 Disclosures and/or written discovery responses;

32. Any other witness or individual discovered through continuing discovery in this case;

33. Any person listed or referred to as a witness or a person with relevant knowledge in a party's discovery responses or in any depositions;

34. Any fact or expert witnesses needed for rebuttal or impeachment testimony; and,

35. Any witnesses needed to identify and/or authenticate documents and records relevant to the claims, issues and defenses involved in this case.

NOMMA submits the foregoing Witness List based upon currently available information. NOMMA hereby expressly reserves the right to add and/or supplement this preliminary list of witnesses, including the possible addition of other lay and expert witnesses with notice to all parties this Honorable Court.

NOMMA also reserves the right to introduce any witness testimony by deposition and/or affidavit as allowed pursuant to the Federal Rules of Civil Procedure, Federal Rules of Evidence and the controlling jurisprudence.

## **EXHIBITS**

1. V.A.'s suicide note;

2. Jefferson Parish Coroner's Report and autopsy;

3. V.A.'s Death Certificate;

4. V.A.'s notebook/journal;

5. Documents produced as Plaintiffs' Rule 26 Disclosures, Bates Nos. 000001-000652;

6. Plaintiff's Supplemental Document Production, Bates Nos. 000001-000064;

7. V.A. and T.J.'s snapchat history and other communications found on V.A.'s phone, produced as part of Plaintiffs' supplemental production, 000065-000865;

8. V.A. and Casino emails provided by NOMMA following V.A.'s death;

9. Documents produced by Mr. Casino including email communications between emails between Casino and V.A., Casino000001-000179;

10. NOMMA's Cadet-Parent Handbook (2020-2021 school year);

11. Casino's Vector Solutions Training Certificates;

12. Williams' Vector Solutions Training Certificates;

13. V.A.'s Student File;

14. NOMMA's 20-21 Annual Charter Review;

15. Donna Kay Armshaw's Facebook posts;

16. 2021-2022 Suicide Prevention Certified Schools and related emails;

17. 2020 Personnel Handbook;

18. NOMMA Counseling Staff Handbook;

19. NOMMA's Electronic Communications Policy;

4

20. NOMMA Rule 30(b)(6)Supplemental Production made in response, Bates Nos. 000001-001533.

21. All law enforcement authority records relative to V.A.'s suicide and their respective investigations, including but not limited to those from Jefferson Parish Sheriff Office, New Orleans Police Department, and Plaquemine Parish Sheriff's Office.

22. Recording from 911 call immediately following V.A.'s suicide;

23. V.A./V.B.'s medical records, including those from the following medical providers:

    a. Ochsner Westside Pediatrics;

    b. Childrens' Hospital of New Orleans (LCMC);

    c. West Jefferson Medical Center;

    d. American Active Rehab;

    e. Any and all medical records concerning treatment of V.A. (aka V.B.).

24. Curriculum Vitae of Larry Perondi, Superintendent (Ret.);

25. Curriculum Vitae of Megan Alsop, Psy.D., A.B.P.P.;

26. Curriculum Vitae of Appelbaum, M.D.;

27. NOMMA's Insurance Policies (not for publication to the jury):

    a. Hanover Policy No. H30821800, Policy Period July 1, 2020 – July 1, 2021;

    b. Guide One Insurance Policy No. 1450-367, Policy Period July 1, 2020 – July 1, 2021; and

    c. United Educators Policy No. M93-13Q, Policy Period July 1, 2020- July 1, 2021.

28. Any and all documents and responses to discovery produced by the parties in this case and supplemental productions thereto;

29. Any and all documents and responses produced by third parties pursuant to a request, authorization or subpoena;

30. Any and all documents relied upon or used by any experts to this case;

31. Any and all documents requested and not received from at the time of the filing of this Exhibit List;

32. Any document in the Court record of this matter;

33. Any and all documents requested prior to the discovery cut-off as set forth in the Amended Scheduling Order issued in this matter, ECF R. Doc. 60;

34. Transcripts of any deposition taken in this matter;

35. Any exhibits attached to or offered in connection with any deposition;

36. Any exhibits listed by any other party;

37. Any demonstrative aids used during the trial that may be offered into evidence;

38. Any document identified by any party to this case from this date forward that relate to any witness identified by plaintiffs for the first time.

39. Any documents to be used for impeachment, cross-examination and/or rebuttal;

40. Any exhibits listed by any other party; and,

41. Any pleading filed in this litigation.

NOMMA submits the foregoing exhibit list based upon currently available information. NOMMA hereby expressly reserves the right to add and/or supplement this list of exhibits with notice to all parties and this Honorable Court.

By listing or referring to any exhibit or possible exhibit, NOMMA does not admit its authenticity, admissibility or validity and hereby reserves all objections to same.

NOMMA further reserves the right to introduce any documents produced at and/or during and/or made exhibits to any deposition. Should a portion of a deposition, document or group of documents be introduced, or should another party attempt to introduce such portion(s), then NOMMA reserves it right to introduce any other part or parts and/or object to the introduction of same.

Lastly, NOMMA reserves its right to use demonstrative aids and exhibits at the time of trial of this matter.

        /s/ Melissa M. Lessell
JOHN JERRY GLAS (#24434)
jerry@deutschkerrigan.com
MELISSA M. LESSELL (#32710)
mlessell@deutschkerrigan.com
DENIA S. AIYEGBUSI (#31549)
denia@deutschkerrigan.com
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
*Attorneys for New Orleans Military and Maritime Academy, Inc.*