MINUTE ENTRY
MILAZZO, J.
November 17, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA-KAY E. ARMSHAW ET AL. | CIVIL ACTION |
| VERSUS | NO. 21-1398 |
| NEW ORLEANS MILITARY AND MARITIME ACADEMY, INC. | SECTION: "H" |

## MINUTE ENTRY

On November 17, 2023, the Court held a telephone status conference. Jason Baer, Nicholas Anthony, and Joshua Stein participated on behalf of Plaintiffs. Melissa Lessell and Denia Aiyegbusi participated on behalf of Defendant New Orleans Military and Maritime Academy, Inc. Marne Jones participated on behalf of Defendant Voltaire Alexander Casino. The parties discussed issues regarding discovery.

Considering the discussion and the reasons stated in the conference;

**IT IS ORDERED** that the parties attend a follow-up telephone status conference with the Court on November 27, 2023, at 10:00 a.m. The parties should dial 888-273-3658 and use access code 1304800 when prompted. The Court will join the call when all parties are on the line.

**IT IS FURTHER ORDERED** that Plaintiffs disclose to Defendants all persons V.A. called 24 hours preceding her death.

(JS-10:10)