MINUTE ENTRY
NORTH, M.J.
DECEMBER 4, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA-KAY E. ARMSHAW, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 21-1398 |
| NEW ORLEANS MILITARY AND MARITIME ACADEMY, INC., ET AL. | SECTION: "H"(5) |

A settlement conference was conducted on this date before the undersigned Magistrate Judge.

PARTICIPATING:   Jason Baer        Melissa Lessell
                 Jason Williams    Denia Aiyegbusi
                 Jason Giles

Negotiations were productive but unfortunately no resolution of Plaintiffs' claims could be achieved at this time. Further negotiations will proceed telephonically.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (01:00)