**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

DONNA-KAY E. ARMSHAW, ET AL.                    CIVIL ACTION

VERSUS                                          NO. 21-1398

NEW ORLEANS MILITARY AND                        SECTION "H"(5)
MARITIME ACADEMY, INC., ET AL.

## ORDER OF DISMISSAL

The Court having been advised by Counsel for Defendant, that all parties have firmly agreed upon a compromise in this matter;

**IT IS ORDERED** that this action be and it is hereby dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated in sixty days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**THE PARTIES ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 24th day of January, 2024.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE