UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNA-KAY ARMSHAW, ET AL<br>PLAINTIFFS<br><br>v.<br><br>NEW ORLEANS MILITARY AND<br>MARITIME ACADEMY, INC., ET AL<br>DEFENDANTS | CIVIL ACTION<br><br>NO. 21-1398<br><br>JUDGE JANE T. MILAZZO<br><br>MAG. JUDGE MICHAEL NORTH |

## ORDER

Considering the foregoing Joint Motion to Dismiss With Prejudice;

**IT IS HEREBY ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED.** Accordingly, Plaintiffs' claims against Defendants, New Orleans Military and Maritime Academy, Inc. and Voltaire Casino, are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, this 22nd day of February, 2024.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE